# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PEABODY ENERGY CORPORATION, GLENN L. KELLOW, and AMY B. SCHWETZ,<br><br>Defendants. | Case No. 1:20-cv-08024-PKC |

## [PROPOSED] ORDER REGARDING SERVICE OF PROCESS AND RESPONSE TO COMPLAINT

Having considered the parties' Joint Stipulation Regarding Service of Process and Response to Complaint and, upon due consideration and for good cause shown,

IT IS HEREBY ORDERED as follows:

1. Defendants' counsel waive service on behalf of all Defendants.

2. Defendants are not required to answer or otherwise respond to the current Complaint.

3. Within 10 days of the appointment of a Lead Plaintiff, the parties will confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response thereto.

4. The parties' stipulation and this order are without prejudice to or waiver of any rights, arguments, defenses, or other objections of the parties.

DATED: 12-28-20

HON. P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK