**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE PEABODY ENERGY CORP.
SECURITIES LITIGATION

Case No. 1:20-cv-08024-PKC

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the Consolidated Amended Class Action Complaint [Dkt. 38] (the "Complaint"), a copy of which is annexed hereto, the accompanying Memorandum of Law in Support of the Peabody Defendants' Motion to Dismiss and the accompanying Declaration of Karin A. DeMasi and the exhibits annexed thereto, Defendants Peabody Energy Corporation ("Peabody"), Glenn L. Kellow and Amy B. Schwetz ("Individual Defendants," and together with Peabody, "Defendants") hereby move this Court, before the Honorable P. Kevin Castel, United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing with prejudice the Complaint in its entirety, and granting such other and further relief as this Court deems just and proper.

June 7, 2021

CRAVATH, SWAINE & MOORE LLP,

by

/s/ *Karin A. DeMasi*

Karin A. DeMasi
Carolyn Young

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
kdemasi@cravath.com
cyoung@cravath.com

*Attorneys for Defendants Peabody Energy Corporation, Glenn L. Kellow and Amy B. Schwetz*

TO ALL COUNSEL OF RECORD