# Labaton Sucharow

**Christine M. Fox**
Partner
212 907 0784 direct
212 907 0700 main
212 883 7584 fax
cfox@labaton.com

**New York Office**
140 Broadway
New York, NY 10005

July 22, 2021

**VIA ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE:    *In re Peabody Energy Corp. Securities Litigation*, No. 1:20-cv-08024-PKC

Dear Judge Castel:

On behalf of Lead Plaintiff Oregon Public Employees Retirement Fund in the above-referenced action, I write in accordance with the Court's Individual Practices to request oral argument on Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint (ECF No. 42). We believe oral argument will aid the Court in resolving the complex issues raised in the Motion.

Defendants did not request oral argument by letter at the time of their Motion.

Respectfully submitted,

/s/ *Christine M. Fox*
Christine M. Fox

cc: All counsel of record (via ECF)