**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE PEABODY ENERGY CORP.
SECURITIES LITIGATION

No. 1:20-cv-08024-PKC

**DECLARATION OF KARIN A. DEMASI, ESQ., IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS**

I, KARIN A. DEMASI, Esq., declare pursuant to 28 U.S.C. § 1746:

1.      I am a member of the law firm Cravath, Swaine & Moore LLP, counsel

for Defendants Peabody Energy Corporation ("Peabody"), Glenn L. Kellow and Amy B.

Schwetz ("Individual Defendants," and together with Peabody, "Defendants").

2.      Attached hereto as Exhibit A is a chart identifying each of the statements

alleged to be false or misleading in the Consolidated Amended Class Action Complaint

(Dkt. 38), filed Mar. 19, 2021 (the "Complaint"), as well as the bases for dismissing these

statements, intended to aid the Court in its review.  The underlying documents which

contain each statement, of which the Court can take judicial notice, are attached to this

Declaration as Exhibits B-FF.

3.      Attached hereto as Exhibit B is a true, correct and complete copy of

Peabody's Press Release entitled "Peabody Emerges From Chapter 11 Protection, To List

On New York Stock Exchange Under Ticker Symbol NYSE: BTU," dated Apr. 3, 2017.

This document is referenced in the Complaint at ¶ 228, and contains Stmt. 1 in the chart attached hereto as Exhibit A.

4.      Attached hereto as Exhibit C is a true, correct and complete copy of Peabody's Q1 2017 Earnings Press Release, dated May 4, 2017.  This document is referenced in the Complaint at ¶ 232, and contains Stmt. 3 in the chart attached hereto as Exhibit A.

5.      Attached hereto as Exhibit D is a true, correct and complete copy of the transcript of Peabody's Q1 2017 Earnings Call, dated May 4, 2017.  This document is referenced in the Complaint at ¶ 234, and contains Stmt. 4 in the chart attached hereto as Exhibit A.

6.      Attached hereto as Exhibit E is a true, correct and complete copy of the transcript of Peabody's Q2 2017 Earnings Call, dated Aug. 1, 2017.  This document is referenced in the Complaint at ¶ 240, and contains Stmt. 5 in the chart attached hereto as Exhibit A.

7.      Attached hereto as Exhibit F is a true, correct and complete copy of the transcript of Peabody's Q3 2017 Earnings Call, dated Oct. 25, 2017.  This document is referenced in the Complaint at ¶ 244, and contains Stmt. 6 in the chart attached hereto as Exhibit A.

8.      Attached hereto as Exhibit G is a true, correct and complete copy of the transcript of Peabody's Q4/FY 2017 Earnings Call, dated Feb. 7, 2018.  This document is referenced in the Complaint at ¶ 249, and contains Stmts. 7-8 in the chart attached hereto as Exhibit A.

2

9.      Attached hereto as Exhibit H is a true, correct and complete copy of Peabody's "Analyst and Investor Day" Presentation, dated Feb. 22, 2018.  This document is referenced in the Complaint at ¶ 251, and contains Stmt. 9 in the chart attached hereto as Exhibit A.

10.      Attached hereto as Exhibit I is a true, correct and complete copy of Peabody's 2017 Form 10-K, dated Feb. 26, 2018.  This document is referenced in the Complaint at ¶ 253, and contains Stmt. 10 in the chart attached hereto as Exhibit A.

11.      Attached hereto as Exhibit J is a true, correct and complete copy of the transcript of Peabody's Q1 2018 Earnings Call, dated Apr. 25, 2018.  This document is referenced in the Complaint at ¶ 256, and contains Stmt. 11 in the chart attached hereto as Exhibit A.

12.      Attached hereto as Exhibit K is a true, correct and complete copy of Peabody's "2017 Corporate and Social Responsibility Report," dated May 2018.  This document is referenced in the Complaint at ¶¶ 258-60, and contains Stmts. 12-18 in the chart attached hereto as Exhibit A.

13.      Attached hereto as Exhibit L is a true, correct and complete copy of the transcript of Peabody's Q2 2018 Earnings Call, dated July 24, 2018.  This document is referenced in the Complaint at ¶ 263, and contains Stmt. 19 in the chart attached hereto as Exhibit A.

14.      Attached hereto as Exhibit M is a true, correct and complete copy of Peabody's "Investor Presentation," dated Aug. 2018.  This document is referenced in the Complaint at ¶ 265, and contains Stmts. 20-21 in the chart attached hereto as Exhibit A.

15.     Attached hereto as Exhibit N is a true, correct and complete copy of an MKM Partners analyst report, "Morning Summary," dated Sept. 4, 2018.  This document is referenced in the Complaint at ¶ 266, and contains Stmt. 22 in the chart attached hereto as Exhibit A.

16.     Attached hereto as Exhibit O is a true, correct and complete copy of the *Australian Financial Review* article entitled "Cycle surfing Peabody stalled by Queensland gas," dated Sept. 19, 2018.  This document is referenced in the Complaint at ¶¶ 269-71, and contains Stmts. 23-25 in the chart attached hereto as Exhibit A.

17.     Attached hereto as Exhibit P is a true, correct and complete copy of Peabody's Form 8-K, dated Sept. 19, 2018.  This document is referenced in the Complaint at ¶ 272, and contains Stmt. 26 in the chart attached hereto as Exhibit A.

18.     Attached hereto as Exhibit Q is a true, correct and complete copy of Peabody's "Statement on North Goonyella Mine," dated Sept. 19, 2018.  This document is referenced in the Complaint at ¶ 273, and contains Stmts. 27-28 in the chart attached hereto as Exhibit A.

19.     Attached hereto as Exhibit R is a true, correct and complete copy of Peabody's Form 8-K, dated Sept. 25, 2018.  This document is referenced in the Complaint at ¶¶ 274, 278, and contains Stmt. 29 in the chart attached hereto as Exhibit A.

20.     Attached hereto as Exhibit S is a true, correct and complete copy of Peabody's "Updated Peabody Statement on North Goonyella," dated Sept. 25, 2018. This document is referenced in the Complaint at ¶ 275, and contains Stmt. 30 in the chart attached hereto as Exhibit A.

21.    Attached hereto as Exhibit T is a true, correct and complete copy of Peabody's Press Release entitled "Peabody Provides Update On North Goonyella," dated Sept. 28, 2018.  This document is referenced in the Complaint at ¶¶ 280-81, 286(j), and contains Stmts. 31-32 in the chart attached hereto as Exhibit A.

22.    Attached hereto as Exhibit U is a true, correct and complete copy of Peabody's Press Release entitled "Peabody Provides Operational Update On North Goonyella," dated Sept. 30, 2018.  This document is referenced in the Complaint at ¶ 288, and contains Stmts. 33-34 in the chart attached hereto as Exhibit A.

23.    Attached hereto as Exhibit V is a true, correct and complete copy of Peabody's Press Release entitled "Peabody Provides Update On North Goonyella," dated Oct. 2, 2018.  This document is referenced in the Complaint at ¶ 289, and contains Stmt. 35 in the chart attached hereto as Exhibit A.

24.    Attached hereto as Exhibit W is a true, correct and complete copy of Peabody's Press Release entitled "Peabody Provides Update On North Goonyella," dated Oct. 11, 2018.  This document is referenced in the Complaint at ¶¶ 290-91, and contains Stmts. 36-37 in the chart attached hereto as Exhibit A.

25.    Attached hereto as Exhibit X is a true, correct and complete copy of Peabody's Q3 2018 Earnings Press Release, dated Oct. 30, 2018.  This document is referenced in the Complaint at ¶ 295, and contains Stmts. 38-41 in the chart attached hereto as Exhibit A.

26.    Attached hereto as Exhibit Y is a true, correct and complete copy of the transcript of Peabody's Q3 2018 Earnings Call, dated Oct. 30, 2018.  This document is

referenced in the Complaint at ¶ 296, and contains Stmt. 42 in the chart attached hereto as Exhibit A.

27.    Attached hereto as Exhibit Z is a true, correct and complete copy of Peabody's Q4/FY 2018 Earnings Press Release, dated Feb. 6, 2019.  This document is referenced in the Complaint at ¶¶ 304-05, and contains Stmts. 43-44 in the chart attached hereto as Exhibit A.

28.    Attached hereto as Exhibit AA is a true, correct and complete copy of the transcript of Peabody's Q4/FY 2018 Earnings Call, dated Feb. 6, 2019.  This document is referenced in the Complaint at ¶¶ 306-10, 312, and contains Stmts. 45-48 in the chart attached hereto as Exhibit A.

29.    Attached hereto as Exhibit BB is a true, correct and complete copy of Peabody's Q1 2019 Earnings Press Release, dated May 1, 2019.  This document is referenced in the Complaint at ¶ 317, and contains Stmt. 49 in the chart attached hereto as Exhibit A.

30.    Attached hereto as Exhibit CC is a true, correct and complete copy of the transcript of Peabody's Q1 2019 Earnings Call, dated May 1, 2019.  This document is referenced in the Complaint at ¶¶ 319-22, and contains Stmts. 50-54 in the chart attached hereto as Exhibit A.

31.    Attached hereto as Exhibit DD is a true, correct and complete copy of Peabody's Press Release entitled "Peabody Proceeding With Reventilation Of First Segment Of North Goonyella Mine," dated May 24, 2019.  This document is referenced in the Complaint at ¶ 327, and contains Stmt. 55 in the chart attached hereto as Exhibit A.

32.     Attached hereto as Exhibit EE is a true, correct and complete copy of Peabody's Press Release entitled "Peabody Proceeding With Re-Entry Of Zone One Of North Goonyella Mine," dated July 3, 2019.  This document is referenced in the Complaint at ¶ 329, and contains Stmt. 56 in the chart attached hereto as Exhibit A.

33.     Attached hereto as Exhibit FF is a true, correct and complete copy of the transcript of Peabody's Q2 2019 Earnings Call, dated July 31, 2019.  This document is referenced in the Complaint at ¶¶ 334-36, and contains Stmts. 57-60 in the chart attached hereto as Exhibit A.

34.     Attached hereto as Exhibit GG are true, correct and complete copies of the Queensland Mine Inspectorate's ("QMI") Mine Record Entry ("MRE") reports, dated Sept. 22 and 23, 2018 (referenced in the Complaint at ¶¶ 151-52) and Sept. 27, 2018.

35.     Attached hereto as Exhibit HH is a true, correct and complete copy of Peabody's "Statement Regarding North Goonyella Developments," dated Sept. 27, 2018. This document is referenced in the Complaint at ¶ 276.

36.     Attached hereto as Exhibit II is a true, correct and complete copy of Peabody's Press Release entitled "Peabody Releases Initial Learnings From North Goonyella Incident," dated Mar. 27, 2019.  This document is referenced in the Complaint at ¶¶ 215-17.

37.     Attached hereto as Exhibit JJ is a true, correct and complete copy of Peabody's Q2 2019 Earnings Press Release, dated July 31, 2019.  This document is referenced in the Complaint at ¶ 332.

38.     Attached hereto as Exhibit KK is a true, correct and complete copy of the QMI report entitled "Queensland Mines Inspectorate Preliminary Observations: North

Goonyella High Potential Incident," dated Aug. 9, 2019.  This document is referenced in the Complaint at ¶¶ 11(b), 220.

39.    Attached hereto as Exhibit LL is a true, correct and complete copy of the transcript of Peabody's Q3 2019 Earnings Call, dated October 29, 2019.  This document is referenced in the Complaint at ¶¶ 345-46.

40.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed:  June 7, 2021
           New York, New York

/s/ *Karin A. DeMasi*

Karin A. DeMasi

8