# Exhibit A

**In re Peabody Energy Corporation Securities Litigation No. 1:20-cv-08024-PKC**
**Exhibit A: Alleged Misstatements in Consolidated Amended Class Action Complaint[1]**

| No. | Para. & Ex. | Event / Document | Alleged Misstatement or Omission | Reason for Dismissal |
|---|---|---|---|---|
| 1 | ¶ 228; Ex. B at 1 | April 3, 2017 - Press Release | **G. Kellow**: "In the past year, Peabody has reduced debt by more than $5 billion from pre-filing levels at March 2016. In addition, ***Peabody achieved record safety this past year***; protected jobs; served global customers; reduced costs and built cash and liquidity; strengthened the Australia platform; accelerated coal mine restoration; provided third-party bonding assurances; and was recognized globally for sustainability." | No actionable falsity; Inactionable puffery |
| 2 | ¶ 229 | April 3, 2017 - Video: "Message from Glenn Kellow: Welcome to the New BTU" | **G. Kellow**: "We take pride fueling the world with modern energy and providing the building blocks of steel for vibrant communities. We've taken a number of steps to make sure we have the most competitive business across all cycles. This includes ***achieving record safety***, reducing costs and fixed charges, accelerating land restoration, strengthening our balance sheet, taking a high-returns focus, and shaping our portfolio." <br><br> **Unnamed individual**: "***Safety is the most important – safety for us as employees, safety for our personal lives.***" <br><br> *Accessed at: <https://www.youtube.com/watch?v=sR1czgCdIpc>* | No actionable falsity; Inactionable puffery |
| 3 | ¶ 232; Ex. C at 4 | May 4, 2017 – 1Q17 Earnings Press Release | **G. Kellow**: "'The emerged Peabody is proceeding with a new balance sheet, improved industry fundamentals and a sharp focus on creating value,' said Kellow. 'This focus begins with ***an emphasis on safe and productive operations*** that are constantly working to move down the cost curve; carries forward with intense management of both the asset and liability side of our balance sheet; and extends to our financial strategies that are aimed at prioritizing higher returns for shareholders.'" | Inactionable puffery |
| 4 | ¶ 234; Ex. D at 18 | May 4, 2017 – 1Q17 Earnings Call | **G. Kellow**: "Thank you, and thank you for that discussion. I would, in closing, like to extend my appreciation to our employees around the world for their ***ongoing commitment to ensuring safe, productive operations and continued delivery of value***. I would also like to thank our current shareholders, potential shareholders and sell-side analysts for your interest in the new BTU. We look forward to keeping you updated through a robust investor outreach program as time goes by. Operator, thank you, and that concludes our call." | Inactionable puffery |

---

[1] Statements highlighted in ***bold and italics*** are alleged by Plaintiffs to be false and misleading. (*See* Compl. ¶ 226.) For completeness, we have included the full text of each statement from the underlying document cited rather than just the portion cited in the Complaint in isolation. References to "Ex.__" are to Exhibits B through FF attached to the DeMasi Declaration, which are true, correct and complete copies of each underlying document containing the statements alleged by Plaintiffs to be false or misleading.

| No. | Para. & Ex. | Event / Document | Alleged Misstatement or Omission | Reason for Dismissal |
|---|---|---|---|---|
| 5 | ¶ 240; Ex. E at 17 | August 1, 2017– Q217 Earnings Call | **G. Kellow**: "Well, thanks for that discussion. I actually started my comments by saying there was a lot to like about the actions of a stronger Peabody and believe we have evidenced that here today. We look forward to continuing to deliver value for our shareholders. I would also like to extend my appreciation to all our employees both at the mines and in the office for their ***continued commitment to ensuring safe and productive environments***. I thank all of our current shareholders, potential shareholders, bondholders, lenders and sell-side analysts, for your interest in Peabody. We look forward to speaking with you again soon. Operator, that concludes our call." | Inactionable puffery |
| 6 | ¶ 244; Ex. F at 4 | October 25, 2017 – 3Q17 Earnings Call | **G. Kellow**: "Through all of our actions, ***Peabody maintains constant vigilance towards safety***. In recognition of this, I would like to applaud our Wambo underground mines rescue team for earning first place honors for the second time in 3 years at the highly contested Australian Underground Mines Rescue Competition. This skilled team will now represent Peabody and Australia at the International Mine Rescue Competition in 2018." | Inactionable puffery |
| 7 | ¶ 249; Ex. G at 4 | February 7, 2018 – 4Q17/FY 2017 Earnings Call | **G. Kellow**: "At the operational level, ***our global safety performance continues to surpass industry averages***. While our incidence rate edged up overall from the prior year, our Australian platform had a record year, improving 17% from 2016. ***As always, we are ever vigilant on our journey of continuous improvement in safety.***" | No actionable falsity; Inactionable puffery |
| 8 | ¶ 249; Ex. G at 10 | February 7, 2018 – 4Q17/FY 2017 Earnings Call | **G. Kellow**: "***As always, we begin with a focus on safe productive operations*** and return maximization. Within the United States, we'll be focused on further reducing our unit costs and improving coal's competitiveness against natural gas. We will also be continuing to take actions to preserve coal plants from premature retirement. For example, we plan to continue working with the tribes to facilitate a transition of the Navajo Generating Station to enable a life beyond the closure currently planned at the end of 2019." | Inactionable puffery |
| 9 | ¶ 251; Ex. H at 60 | February 22, 2018 – Peabody's Analyst and Investor Day Presentation | "Spotlight: North Goonyella Delivers Peabody's Highest Quality Hard Coking Coal<br>• Record sales, production and development led to Peabody delivering 2.9 million tons in high-priced 2017 environment<br>• ***Record safety results reflect 80% improvement since 2013***<br>• Sustainable, transferable productivity improvements" | No actionable falsity |

| No. | Para. & Ex. | Event / Document | Alleged Misstatement or Omission | Reason for Dismissal |
|---|---|---|---|---|
| 10 | ¶ 253; Ex. I at 40 | February 26, 2018 – 2017 Form 10-K | "Our mining operations are subject to conditions that can impact the safety of our workforce, or delay coal deliveries or increase the cost of mining at particular mines for varying lengths of time. These conditions include: **_fires and explosions,_** including **_from methane gas_** or coal dust; accidental mine water discharges; weather, flooding and natural disasters; hazardous geologic events such as roof falls and high wall failures; key equipment failures; variations in coal seam thickness, coal quality, the amount of rock and soil overlying coal deposits, and geologic conditions impacting mine sequencing; unexpected maintenance problems; and unforeseen delays in implementation of mining technologies that are new to our operations. We maintain insurance policies that provide limited coverage for some of these risks, although there can be no assurance that these risks would be fully covered by our insurance policies. Despite our efforts, such conditions could occur and have a substantial impact on our results of operations, financial condition or cash flows." | No actionable falsity |
| 11 | ¶ 256; Ex. J at 12 | April 25, 2018 – 1Q18 Earnings Call | **G. Kellow**: "Okay. Thank you for your questions and for taking part in today's call. It was a strong start to the year on a number of fronts. We demonstrated our ability to generate significant free cash flow as well as our commitment to returning that cash to shareholders. To all our employees, thank you for your **_ongoing focus on safe, productive workplaces._** And to our shareholders, bondholders, lenders and sell-side analysts, thank you for your continued interest and support. Operator, that concludes today's call." | Inactionable puffery |
| 12 | ¶ 258; Ex. K at 7 | May 2018 – 2017 Corporate and Social Resp. Report | "Safety: We **_commit to safety and health as a way of life._**<br>• **_Safety is Peabody's first value, integrated into all areas of our business._**<br>• Our goal is to eliminate all workplace incidents, including injuries, occupational illnesses and property damage.<br>• Peabody has a consistent Safety a Way of Life management system that applies to employees, contractors, visitors and vendors at our sites and all Peabody-managed operations and sites. It is independently certified under the U.S. National Mining Association's CORESafety® framework.<br>• We cooperate with government agencies around the world to advance safety technologies and best practices toward our vision to operate safe and healthy workplaces that are incident free." | Inactionable puffery |
| 13 | ¶ 258; Ex. K at 38 | May 2018 – 2017 Corporate and Social Resp. Report | "**_A focus on improving culture and doing business better lifted the North Goonyella Underground Mine to new records for performance in safety,_** production and panel development in 2017. Safety results included a total recordable injury frequency rate of 1.30, 49 percent better than the mine's 2016 safety performance. A maintenance program implemented more than two years ago has improved availability of equipment like conveyors, and the shift from longwall top coal caving to conventional longwall mining resulted in higher production levels. North Goonyella's new production record ousted their 2012 record by better than 13 percent. Finally, the mine had its greatest advance ever for a single panel – 6,726 yards, besting 5,974 yards in 2010 and reducing panel move times from 48 hours to 30 hours. The team also mined through the shear zone without incident." | No actionable falsity; Inactionable puffery |

3

| No. | Para. & Ex. | Event / Document | Alleged Misstatement or Omission | Reason for Dismissal |
|---|---|---|---|---|
| 14 | ¶ 258; Ex. K at 38 | May 2018 – 2017 Corporate and Social Resp. Report | "Project Excellence is Peabody Australia's cost and productivity improvement plan that *has driven initiatives critical to the platform's sustainability without compromising safety*, achieving 2017 savings of about $130 million. The platform boasted *its best-ever safety performance* and reclaimed more than 1,200 acres of land. Since 2012, Peabody has made significant improvements to our Australian cost structure, resulting in more than $900 million in savings from the platform." | No actionable falsity; Inactionable puffery |
| 15 | ¶ 258; Ex. K at 8 | May 2018 – 2017 Corporate and Social Resp. Report | "Integrity: We act in an honest and ethical manner.<br>• Peabody is committed to complying with all laws and regulations in its business transactions at all government levels.<br>• *Peabody will continue to carefully review its business practices, policies and safety standards to stay true to its corporate values*.<br>• The board of directors work to ensure that good corporate governance and oversight practices are implemented to promote the best interests of the enterprise.<br>• We will continue demonstrating transparency and disclosure in environmental, social and governance." | Inactionable puffery |
| 16 | ¶ 259; Ex. K at 10 | May 2018 – 2017 Corporate and Social Resp. Report | "*Safety is essential to everything we do at Peabody. Each day, our vision is to operate safe and healthy workplaces that are incident free. As our first value and a leading measure of operational excellence, we approach safety with both vigilance and humility, and we commit to continuously improving our safety and health efforts.*" | Inactionable puffery |
| 17 | ¶ 260; Ex. K at 6 | May 2018 – 2017 Corporate and Social Resp. Report | G. Kellow: "*Peabody's global safety performance continues to surpass industry averages. The Australian platform achieved a record safety year in 2017, and we remain ever vigilant on our journey of continuous improvement in safety.* Our land stewardship resulted in more than 5,100 acres of land reclaimed –1.4 acres for each disturbed – and we earned honors for our restoration techniques and environmental practices. Peabody reinforced our commitment to the communities in which we operate, generating $10.6 billion in direct and indirect economic benefits." | No actionable falsity; Inactionable puffery |
| 18 | ¶ 260; Ex. K at 11 | May 2018 – 2017 Corporate and Social Resp. Report | G. Kellow: "*For all of us at Peabody, health and safety isn't just a statistic. It's something that we commit to as a way of life.*" | Inactionable puffery |
| 19 | ¶ 263; Ex. L at 17 | July 24, 2018 – 2Q18 Earnings Call | G. Kellow: "I'd especially though like to thank our employees for their *continued focus on safe and productive workplaces*. And to our shareholders, bondholders, lenders and sell-side analysts, thank you for your ongoing interest in BTU. Operator, that concludes today's call." | Inactionable puffery |

4

| No. | Para. & Ex. | Event / Document | Alleged Misstatement or Omission | Reason for Dismissal |
|---|---|---|---|---|
| 20 | ¶ 265; Ex. M at 14 | August 2018 Investor Presentation | "Peabody ESG Principles Embodied in Holistic Approach and Highlighted in New 2017 CSR Report<br>• Provided $10.6 billion in direct/indirect economic benefits<br>• ***Safety performance continues to outperform industry averages***<br>• Support majority of U.N. Sustainable Development Goals<br>• Signatory to CEO Action for Diversity & Inclusion® pledge<br>• Named Employer of Year for sector by Corporate LiveWire<br>• Award-winning Corporate and Social Responsibility Report" | No actionable falsity |
| 21 | ¶ 265; Ex. M at 34 | August 2018 Investor Presentation | "Focused Engagement: Support for Highly Responsible Coal Mining and Use<br>• Sustainable – ***Strong attention to operational excellence by committing to safe workplaces***, maximizing resource recovery, improving environmental performance and restoring mined lands<br>• Essential – Initiatives to promote expanded access to reliable, low-cost electricity through partnerships, policy and engagement with key stakeholders<br>• Advanced – Support for greater deployment of advanced coal technologies and carbon capture, utilization and storage technologies to further reduce emissions" | Inactionable puffery |
| 22 | ¶ 266; Ex. N at 1 | September 4, 2018 – MKM Partners Morning Summary | "We had the opportunity last week to host ***senior management*** from BTU for meetings with investors. They ***were able to highlight their strong Australian platform, which is running EBITDA margins near 40%, supplemented by the large, low cost domestic thermal platform running near 20%***. Strong cash flows have allowed them to nearly complete a $1 billion repurchase program, so more capital allocation decisions lie ahead. M&A is active, but valuations are challenging against share repurchase. We view valuation as compelling especially against the current commodity strip, and are reiterating out Buy rating." | Fail to identify speaker; No actionable falsity |
| 23 | ¶ 269; Ex. O at 1 | September 19, 2018 – *The Australian Financial Review* article | ***"Peabody said that key services such as power, ventilation and normal water management had been unaffected by the shutdown*** and that the mine continued to ship from inventories. But the company was unable to tell The Australian Financial Review whether it was shipping to schedule or how long it could support its contracted volumes from stockpiles at the mine and port." | No actionable falsity |

| No. | Para. & Ex. | Event / Document | Alleged Misstatement or Omission | Reason for Dismissal |
|---|---|---|---|---|
| 24 | ¶ 270; Ex. O at 3 | September 19, 2018 – *Australian Financial Review* article | "In a second and more substantial comment sent to the Financial Review, a Peabody spokesman confirmed the link between heat and gas levels but played down the sense of urgency represented by our sources. '*About 2½ weeks ago, an area of the North Goonyella mine began registering higher gas levels, suggesting modest elevated temperatures and low-level oxidation of some coal*,' the statement said. 'Mine management quickly assessed the facts, took appropriate steps, removed people from underground, contacted the inspectorate, and began mobilising resources to correct the situation. Steps have included pumping inert material near the face to reduce levels, and there are recent indications that process is *yielding success with current gas levels below their peak*.'" | No actionable falsity |
| 25 | ¶ 271; Ex. O at 4 | September 19, 2018 – *Australian Financial Review* article | "Peabody also rejected any suggestions that delayed repositioning of the longwall might prove material, noting that '*the company had been trending to the upper end of its 2018 metallurgical coal sales volume targets, and those targets have not been revised*'." | No actionable falsity Forward-looking |
| 26 | ¶ 272; Ex. P at 2 | September 19, 2018 – Form 8-K | "Peabody today confirmed that the longwall move at its North Goonyella Mine has been interrupted by *temporarily elevated gas levels*. Services such as power, ventilation and normal water management activities in the mine continue, and the mine is shipping from inventories. *Longwall move activities have been delayed for about two and a half weeks thus far and the company is working toward resuming operations*. Peabody is well over halfway through the two-month longwall move at this point. *The longwall move, which was expected to be completed in September, is now targeted for completion in the early part of the fourth quarter. Prior to this time, the company had been trending to the upper end of its 2018 metallurgical coal sales volume targets, and those targets have not been revised*. The company intends to provide further updates on or before its earnings release near the end of October." | No actionable falsity; Forward-looking |
| 27 | ¶ 273; Ex. Q at 1 | September 19, 2018 – Statement on North Goonyella Mine | "'The health and safety of employees is always the number-one priority at Peabody. *Our gas monitoring and safety systems are designed specifically for these types of events and detected the elevated levels of gas in a timely manner*,' said Peabody President – Australia George Schuller. 'We will continue to conduct our response efforts in a safe and sustainable way, with our employees returning underground when it is safe to do so.' Peabody is well over halfway through the two-month longwall move at this point, with the majority of major equipment already transferred and 78 shields remaining to be moved. *Services such as power, ventilation and normal water management activities in the mine continue*, and the mine is shipping from inventories." | No actionable falsity |

| No. | Para. & Ex. | Event / Document | Alleged Misstatement or Omission | Reason for Dismissal |
|---|---|---|---|---|
| 28 | ¶ 273; Ex. Q at 1 | September 19, 2018 – Statement on North Goonyella Mine | "*The longwall move, which was expected to be completed in September, is now targeted for completion in the early part of the fourth quarter. Prior to this time, the company had been trending to the upper end of its 2018 metallurgical coal sales volume targets, and those targets have not been revised*. The company will continue to communicate progress as it occurs." | No actionable falsity; Forward-looking |
| 29 | ¶¶ 274, 278; Ex. R at 2 | September 25, 2018 – Form 8-K | "*Peabody noted today that gas levels at its North Goonyella Mine have been variable and remain elevated.* The company is working with the Queensland Mines Inspectorate and third-party experts as *we continue a progressive plan aimed at reducing gas levels and accommodating a safe return to mining operations. Determination of the timing of completion of the longwall move and expected financial effects will be made when gas levels subside and personnel can safely resume longwall move activities*. We refer to PeabodyEnergy.com for periodic updates." | No actionable falsity |
| 30 | ¶ 275; Ex. S at 1 | September 25, 2018 – Updated Statement on North Goonyella | "*Peabody has relocated more than half of the major equipment associated with the originally planned* two month longwall move when elevated gas levels were detected. The company has notified customers of expected impacts to October shipments from the extended longwall move. *Determination of the timing of completion of the longwall move and expected financial effects will be made when gas levels subside and personnel can safely resume longwall move activities*." | No actionable falsity |
| 31 | ¶¶ 280, 286(j); Ex. T at 1 | September 28, 2018 – Press Release | "Peabody does *not expect any production from North Goonyella in the fourth quarter of 2018* and has a small amount of coal in inventory to ship. It is too early to assess the full financial impact to future periods as a result of the ongoing issue. However, with strong performance from other mines, the company is maintaining its full-year 2018 metallurgical coal sales volume targets of 11– 12 million tons." | No actionable falsity; Forward-looking |
| 32 | ¶ 281; Ex. T at 1 | September 28, 2018 – Press Release | "Peabody does not expect any production from North Goonyella in the fourth quarter of 2018 and has a small amount of coal in inventory to ship. *It is too early to assess the full financial impact to future periods as a result of the ongoing issue*. However, with strong performance from other mines, the company is maintaining its full-year 2018 metallurgical coal sales volume targets of 11– 12 million tons." | No actionable falsity; Opinion |

| No. | Para. & Ex. | Event / Document | Alleged Misstatement or Omission | Reason for Dismissal |
|---|---|---|---|---|
| 33 | ¶ 288; Ex. U at 1 | September 30, 2018 – Operational Update on North Goonyella | "Peabody (NYSE: BTU) today said it has *developed a multi-tiered plan in an effort to extinguish the fire and contain the impacts at its North Goonyella Mine in Queensland*. The plan was reviewed by the Queensland Mine Inspectorate and is undergoing implementation at this time." | No actionable falsity |
| 34 | ¶ 288; Ex. U at 1 | September 30, 2018 – Operational Update on North Goonyella | "Working in consultation with the Inspectorate and third-party experts, we're *moving safely and as quickly as possible to address the situation*," said President Peabody Australia George J. Schuller Jr. "Peabody appreciates the ongoing work of the team at North Goonyella, the Inspectorate, independent technical experts, Queensland Mines Rescue Service, union representatives and all of the people who are engaged in the response to this issue." | No actionable falsity; Opinion |
| 35 | ¶ 289; Ex. V at 1 | October 2, 2018 – Update on North Goonyella | "Initial steps taken in early days to extinguish the fire and contain impacts at Peabody's North Goonyella Mine have *yielded visible results, with only a slight amount of what appears to be either steam or white smoke emanating at this time from only the one mine shaft*." | No actionable falsity |
| 36 | ¶ 290; Ex. W at 1 | October 11, 2018 – Update on North Goonyella | "Containment Plan: The company continues to implement its multi-part plan from the surface. The company is *continuing the initial sealing of the completed longwall panel* and intends to *permanently seal the area where high methane levels have been concentrated. Three of the mine's five openings remain temporarily sealed to reduce air flow into the mine*, and the mobile GAG unit has continued to operate to inject high-moisture inert gases to displace oxygen and reduce conditions for a fire. . . . Next Steps: While the timeline remains uncertain, the company will *continue to evaluate potential next phases of stabilization, assessment, mine planning, re-entry and recovery*." | No actionable falsity; Forward-looking |
| 37 | ¶ 291; Ex. W at 1 | October 11, 2018 – Update on North Goonyella | "While still too early to offer meaningful insights into the financial effects or timing of next steps, *the company expects financial impacts to future periods*. Peabody intends to provide an initial look at financial and other impacts at the time of third quarter earnings, including recording a provision for the third quarter related to equipment expected to be sealed in the completed longwall panel . . . Next Steps: While the timeline remains uncertain, *the company will continue to evaluate potential next phases of stabilization, assessment, mine planning, re-entry and recovery*." | No actionable falsity; Forward-looking; Opinion |

8

| No. | Para. & Ex. | Event / Document | Alleged Misstatement or Omission | Reason for Dismissal |
|---|---|---|---|---|
| 38 | ¶ 295; Ex. X at 2 | October 30, 2018 – 3Q18 Earnings Press Release | "North Goonyella Update: Mine personnel are continuing with concrete sealing of the completed longwall panel, and the company is transitioning to the assessment/planning phase of managing the previously reported incident at North Goonyella. This next phase involves mapping of the heated area and monitoring of temperatures, gas levels, seismic activity, surface air quality and camera imaging. ***These actions come before advanced planning for re-ventilation, mine re-entry and potential restart of operations***." | No actionable falsity |
| 39 | ¶ 295; Ex. X at 2 | October 30, 2018 – 3Q18 Earnings Press Release | "In the fourth quarter, Peabody estimates $20 to $25 million in containment, monitoring and planning costs, along with approximately $15 to $20 million in costs to keep the mine in idle status pending any future re-entry. ***The company intends to take all steps to work safely, progress the plan and look to mitigate costs while pursuing options for a resumption of activities at the appropriate time***. Mitigation actions under consideration include pursuing means to access a small quantity of metallurgical coal remaining in the stockpile, subletting excess rail and port capacity for a limited time, and analyzing reprocessing of coal waste for potential sales into the thermal market." | Forward-looking |
| 40 | ¶ 295; Ex. X at 3 | October 30, 2018 – 3Q18 Earnings Press Release | "*Future Scenarios:* As Peabody enters the next phase, the North Goonyella team will continue to work from the surface and obtain greater knowledge of underground conditions in the mine. ***The assessment and planning phase comes before re ventilation, re-entry and any potential restart of operations***. All phases involve review and collaboration with the Queensland Mines Inspectorate." | No actionable falsity; Forward-looking |
| 41 | ¶ 295; Ex. X at 3 | October 30, 2018 – 3Q18 Earnings Press Release | "Multiple scenarios are being evaluated should mining be able to resume. ***If the next panel (10 North, which is already developed) is accessible, production would be targeted for the second half of 2019, whereas southern panels (GM South) access would likely extend to 2020 given that development was in early stages***. The company is exploring all reasonable mine-planning steps given the long-lived nature of reserves and compelling margins of the mine during times of strong industry conditions." | Forward-looking; Opinion |
| 42 | ¶ 296; Ex. Y at 8 | October 30, 2018 – 3Q18 Earnings Call | **G. Kellow**: "I might note that based on the market reaction, it would seem that the market contemplates an entire loss of North Goonyella. While we very much understand the concern, ***based on what we know today that conclusion at best premature and at worst unwarranted***." | Opinion |
| 43 | ¶ 304; Ex. Z at 5 | February 6, 2019 – 4Q18/FY 2018 Earnings Press Release | "***As part of Peabody's recovery plan for North Goonyella, the team is executing a multi-phased re-ventilation and re-entry project targeted to commence in the first quarter 2019.*** The stage-gate approach provides an opportunity to periodically re-evaluate progress, costs and investments." | Forward-looking |

| No. | Para. & Ex. | Event / Document | Alleged Misstatement or Omission | Reason for Dismissal |
|---|---|---|---|---|
| 44 | ¶ 305; Ex. Z at 5 | February 6, 2019 – 4Q18/FY 2018 Earnings Press Release | "*With regard to the company's North Goonyella Mine, Peabody has now identified a base case that targets limited continuous-miner volumes in 2019 with longwall production beginning to ramp up in early 2020. The base case contemplates approximately 2 million tons of sales from North Goonyella in 2020.* As part of Peabody's recovery plan for North Goonyella, the team is executing a multi-phased re-ventilation and re-entry project targeted to commence in the first quarter 2019. The stage-gate approach provides an opportunity to periodically re-evaluate progress, costs and investments." | Forward-looking; Opinion |
| 45 | ¶¶ 306, 312; Ex. AA at 9 | February 6, 2019 – 4Q18/FY 2018 Earnings Call | **G. Kellow**: "Let's now move onto North Goonyella on Slide 11. You'll recall, we'd identified 2 scenarios previously should we ever resume production at the mine. One of those scenarios has normal production resuming in the second half of 2019, with the other scenario targeting the second half of 2020. *We're now progressing with a single base case that targets limited continuous mining volumes in late 2019 and will then have longwall production in the 10 North panel begin to ramp up in the early months of 2020.*" | Forward-looking; Opinion |
| 46 | ¶ 306; Ex. AA at 9 | February 6, 2019 – 4Q18/FY 2018 Earnings Call | **G. Kellow**: "*While there's still much work ahead of us, our base case contemplates approximately 2 million tons of sales from North Goonyella in 2020.* Coupled with Shoal Creek, this would manifest as substantial quality and quantity increase in 2020 from our seaborne met coal segment compared with what we target in 2019. Let's walk through what we know at this point. At this time, all personnel remain aboveground and have utilized remote control cameras, gas monitoring and other equipment to evaluate underground conditions." | Forward-looking; Opinion |
| 47 | ¶¶ 307, 312(c); Ex. AA at 11 | February 6, 2019 – 4Q18/FY 2018 Earnings Call | *Jeremy Ryan Sussman, Clarksons Platou Securities, Inc., Research Division*: "That's very helpful, Amy. And maybe just a follow-up. So you're spending about $30 million to $35 million a quarter on North Goonyella in 2019, which is a decent amount. So I would take that as you all have some pretty good conviction of ultimately getting back in the mine and getting longwall – seeing longwall production by 2020 as you noted in the release and on the call. So I guess, maybe what do you know today that you didn't know a few months ago, that sort of gives you this what seems to be a bit of an increased confidence in getting back in there?"<br><br>**G. Kellow**: "Well, as we said, the fourth quarter was largely about initially consignment in the early part and then we set about doing an assessment of the conditions underground through use of thermal imaging, the ability to get cameras down to look at parts of the mine. *And certainly, as we've indicated, the vast majority of the mine remains unaffected.* There was some damage around some roof falls, some affected segments of conveyor belt that we think needs to be rectified, and that has helped to assist in this what – this sort of stage reventilation process that we're talking about and reentry process. So we've now gone about segmenting the mine in 3, 3.5 zones. And we intend to, in turn, reventilate and reenter each of those segments in a staged way. That will give us the ability to do further assessments at each stage as we advance. But that's the plan that we have outlined to date and we are managing this as a project. We recognize the amount of dollars involved. We think the returns and value are there, and we'll continue to run this project through our investment filters. But that's what we know to date and execution of the reventilation or reentry is what we're undertaking at this point." | No actionable falsity |

10

| No. | Para. & Ex. | Event / Document | Alleged Misstatement or Omission | Reason for Dismissal |
|---|---|---|---|---|
| 48 | ¶¶ 308, 309; Ex. AA at 13 | February 6, 2019 – 4Q18/FY 2018 Earnings Call | *John David Bridges, JP Morgan Chase & Co, Research Division*: "With respect to Goonyella, you speak of the plan as being the base case. If you get down there and you're pleasantly surprised, are there other cases which could perhaps get your mining earlier? When do you get the longwall machine available to you?"<br><br>**G. Kellow**: "That would be in the second half of 2019. I think, John, we're obviously managing this as a project. ***We'll look to debottleneck as we go and sort of stress the critical pass through that project outcome. The team are focused on safely and quickly moving through this and executing against the project plan. So there may be some ability, but it's really too early to call that. And we'll certainly be updating as we move through the project***." | Forward-looking; Opinion |
| 49 | ¶ 317; Ex. BB at 6 | May 1, 2019 – 1Q19 Earnings Press Release | "In the first quarter, the company completed segmenting of the mine into multiple zones to facilitate a phased reventilation and re-entry of North Goonyella. In addition, all physical activities in advance of reventilating the first segment of the mine have been completed. Peabody is currently complying with a directive concerning documentation from the Queensland Mines Inspectorate, following a thorough review, which has resulted in a multi-week delay to the initial project plan. Should the company's reventilation and re-entry plan now progress as originally contemplated, ***Peabody would expect to produce approximately 2 million tons from North Goonyella in 2020***. If further delays occur, the company will re-evaluate its reventilation and re-entry plans, including longwall production targets, quarterly project costs and capital expenditures." | Forward-looking; Opinion |

| No. | Para. & Ex. | Event / Document | Alleged Misstatement or Omission | Reason for Dismissal |
|---|---|---|---|---|
| 50 | ¶ 319; Ex. CC at 13 | May 1, 2019 – 1Q19 Earnings Call | *Mark Andrew Levin, Seaport Global Securities LLC, Research Division*: "And then to North Goonyella for a second and some of the issues maybe that you flagged in the press release and in your comments. Can you maybe frame for us what a worst case situation looks like? It sounds like the bottleneck is administrative now. But maybe walk us through like what happens if things don't go the way we hope they do, which is to say that you're in the mine in weeks or months or whatever the case may be. But maybe explain what the bottleneck is and how we should be thinking about this if things don't go the way we want them to."<br><br>**G. Kellow**: "Sure. I'll walk you through that, Mark. So we've – as we'd indicated, we've essentially done all of the engineering, all of the activities required to reventilate that first segment. As Amy indicated, gas levels would support our ability to do that. So we are ready to go from our perspective. The Queensland Inspectorate who had been working with us as we've continued to progress and develop the plans and done the activities on site have asked to review a number of documents in terms of working through the details of that. That has put us behind down some weeks and where we thought we would be. And it's difficult to sort of quantify how long that will take place. ***It could be imminent. It could be a little bit longer than that. Our focus at this point is working through that process, responding to their request for information and then being able to – as I said, everything is ready to flick the switch and to be able to reventilate. And that will enable us then to monitor and then reenter the mine and have a better assessment. At that point, we'd look to reexamine the overall timing and sequencing on the project plan. But just to reiterate, we're ready to go. So we're just working through that, what is the final part of the process***." | Forward-looking; Opinion |
| 51 | ¶ 320; Ex. CC at 13 | May 1, 2019 – 1Q19 Earnings Call | *B. Riley FBR, Inc., Research Division*: "Got it. And to be clear, there's been no rejection of the plan. It's just an administrative hold-up. Is that the best way to frame it?"<br><br>**G. Kellow**: "No. ***It's dotting the Is and crossing the Ts around supporting documentation with respect to a lot of procedures and protocols that are on site***. We've had no feedback that, that's not the right plan. We've had no feedback that anything additional from an engineering or technical perspective is required. The focus appears to be to ensure that we have a full and robust complete set of risk assessments and protocols to support the new reventilation or reentry process as of this first phase." | Opinion; No actionable falsity |

| No. | Para. & Ex. | Event / Document | Alleged Misstatement or Omission | Reason for Dismissal |
|---|---|---|---|---|
| 52 | ¶ 321; Ex. CC at 9 | May 1, 2019 – 1Q19 Earnings Call | **A. Schwetz**: "Related to North Goonyella, in the first quarter, *we completed segmenting of the mine into multiple zones to facilitate a phase reventilation and reentry. In addition, all physical activities in advance of reventilating the first segment of the mine have been completed*. Gas readings are at acceptable levels, and we are currently complying with a directive concerning documentation from the Queensland Mines Inspectorate following a thorough review. This has resulted in a multi-week delay to our initial project plan. Should our reventilation and reentry plan now progress as originally contemplated, we would expect to produce approximately 2 million tons from North Goonyella in 2020. If further delays occur, we will evaluate our plans, including longwall production target, quarterly project costs and capital expenditures." | No actionable falsity |
| 53 | ¶ 321; Ex. CC at 9 | May 1, 2019 – 1Q19 Earnings Call | A. Schwetz: "Related to North Goonyella, in the first quarter, we completed segmenting of the mine into multiple zones to facilitate a phase reventilation and reentry. In addition, all physical activities in advance of reventilating the first segment of the mine have been completed. Gas readings are at acceptable levels, and we are currently complying with a directive concerning documentation from the Queensland Mines Inspectorate following a thorough review. This has resulted in a multi-week delay to our initial project plan. ***Should our reventilation and reentry plan now progress as originally contemplated, we would expect to produce approximately 2 million tons from North Goonyella in 2020***. If further delays occur, we will evaluate our plans, including longwall production target, quarterly project costs and capital expenditures." | Forward-looking; Opinion |
| 54 | ¶ 322; Ex. CC at 9 | May 1, 2019 – 1Q19 Earnings Call | **A. Schwetz**: "Thanks, Glenn. *We are anticipating a strong second half of 2019 that will contribute more than half of our full year adjusted EBITDA*. PRB, seaborne met and seaborne thermal volumes are expected to escalate throughout the back half of the year. In addition, met coal costs are expected to decline from elevated Q1 levels. Second quarter performance is expected to be impacted by 2 longwall moves in Australia, and PRB shipments are targeted to be in line with the first quarter as rail recoveries offset typical shoulder season demand." | Forward-looking; Opinion |
| 55 | ¶ 327; Ex. DD at 1 | May 24, 2019 – Press Release | "Peabody (NYSE: BTU) today announced it is proceeding with the ventilation of the first segment of the North Goonyella Mine in consultation with the Queensland Mine Inspectorate as part of a comprehensive phased reventilation and re-entry plan and *expected longwall production in 2020*. 'This marks an important first step in the next phase of activities aimed at resuming normal operations at North Goonyella,' said Glenn Kellow, Peabody President and Chief Executive Officer." | Forward-looking; Opinion |
| 56 | ¶ 329; Ex. EE at 1 | July 3, 2019 – Press Release | "Following the reventilation of Zone 1 of the mine, *our team is ready to return underground and move us yet one step closer to resuming normal operations*," said Peabody Australia President George J. Schuller Jr. "We appreciate the dedication and participation of our trained employees, as well as the Queensland Mine Rescue Service, as we continue to advance this process." | Opinion; No actionable falsity |

| No. | Para. & Ex. | Event / Document | Alleged Misstatement or Omission | Reason for Dismissal |
|---|---|---|---|---|
| 57 | ¶ 334; Ex. FF at 6 | July 31, 2019 – 2Q19 Earnings Call | **G. Kellow**: "Turning to North Goonyella, *major progress has been made to-date including reventilation and re-entry of the mine*. We've also learned a substantial amount since we commenced activities underground earlier this month. While the milestones achieved in recent weeks have been significant, we also progressed at a much slower rate than originally contemplated. We recognize that this work is unprecedented in Queensland." | Opinion; No actionable falsity |
| 58 | ¶ 335; Ex. FF at 6 | July 31, 2019 – 2Q19 Earnings Call | **G. Kellow**: "We continue to take action to appropriately scale on-site activities based on the ground conditions and external factors. We assure that all work[] that has been and is currently being undertaken including the highest regard for safety and is required to preserve value. These actions include the completion of the voluntary redundancy program as well as further engagement with the Queensland Mines Inspectorate on the evolving recovery protocols. *Because this new information likely influences our future progress, now it is the right time the review the project and determine if delays can't be overcome, current plans should be advanced or other alternatives should be pursued to create the most value out of this significant asset*." | Forward-looking; Opinion |
| 59 | ¶ 335; Ex. FF at 7 | July 31, 2019 – 2Q19 Earnings Call | **G. Kellow**: "Let's focus a moment on the prospective paths we are assessing. Right now, our team is performing extensive value engineering activities aimed at maximizing returns on a risk adjusted NPV basis and payback period as well as reducing spending on non-critical items. *Paths we are pursuing includes determining the base case to access the 10 North panel, remains the most attractive given the timing, cost and project risk. But we are also evaluating an alternative route through the second zone to the Southern panels of the mine, among other scenarios. Note that all paths full[y] preserve the opportunity to access more than 40 million tons of high quality hard coking coal from the lower seam reserves overtime as well as potential for commercial alternatives.* Given our ongoing activities, we are suspending North Goonyella-related targets at this time and intend to resume targets at around production, timetables and costs when the preferred path is chosen and we would expect to complete the evaluation within the next 3 months." | Forward-looking; Opinion |
| 60 | ¶ 336; Ex. FF at 10 | July 31, 2019 – 2Q19 Earnings Call | *Daniel Walter Scott, MKM Partners LLC, Research Division* – "Glenn, looks like a real good quarter. Shares are getting hit a little bit, I assume, on the North Goonyella developments. Is there a scenario where potentially this mine would be closed or is this -- are you really just trying to find the most optimal way to continue production?"<br><br>**G. Kellow**: "*From our perspective, we're looking at the most optimum way to create value and to continue to capture value, so that's the scenarios around which was at -- the base case of accessing 10 North. We talked in the past about alternatives, and at this point, we're continuing to evaluate an alternative path of moving through the second zone and optimizing or accessing those southern panels. And in any scenario, having reentered the mine and particularly having opened up now Zone A, opens up the lower seems available to us. So this is about seeking to maximize the value, given what we now know about the operating conditions, particularly the regulatory environment, the protocols that we're operating under.*" | Forward-looking; Opinion |