# Exhibit D

**S&P Global**
Market Intelligence

# Peabody Energy Corporation NYSE:BTU FQ1 2017 Earnings Call Transcripts

## Thursday, May 04, 2017 3:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2017- | | | -FQ2 2017- | -FY 2017- | -FY 2018- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 1.86 | 11.28 | ▲506.45 | 1.52 | 4.89 | 2.84 |
| **Revenue (mm)** | 1519.34 | 1326.20 | ▼(12.71 %) | 1305.48 | 5460.77 | 5087.89 |

Currency: USD
Consensus as of May-04-2017 1:39 PM GMT



| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ1 2017** | 1.86 | 11.28 | ▲506.45 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ..................................................................... | **3** |
| **Presentation** | ..................................................................... | **4** |
| **Question and Answer** | ..................................................................... | **10** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Amy B. Schwetz**
*Executive VP, CFO & Principal Accounting Officer*

**Glenn L. Kellow**
*President, CEO & Director*

**Vic Svec**
*SVP, Global Investor and Corporate Relations*

## ANALYSTS

**Christopher Kenny**

**Daniel Walter Scott**
*MKM Partners LLC, Research Division*

**Jeremy Ryan Sussman**
*Clarksons Platou Securities, Inc., Research Division*

**John David Bridges**
*JP Morgan Chase & Co, Research Division*

**Lucas Nathaniel Pipes**
*FBR Capital Markets & Co., Research Division*

**Mark Andrew Levin**
*Seaport Global Securities LLC, Research Division*

**Michael Stephan Dudas**
*Vertical Research Partners, LLC*

**Nicola Caiano**
*Pinyon Asset Management*

**Paul Stanley Forward**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Ladies and gentlemen, thank you for standing by. Welcome to the Peabody First Quarter 2017 Earnings Conference Call. [Operator Instructions] I would like to let you know that today's conference is being recorded. I will now turn the conference over to our host, Mr. Vic Svec. Please go ahead.

**Vic Svec**
*SVP, Global Investor and Corporate Relations*

Okay. Thank you, and good morning, everyone. Thanks for joining us today. With us are President and CEO, Glenn Kellow; and Executive Vice President and CFO, Amy Schwetz. It's a pleasure to be here post-emergence, and we look forward to continuing to reintroduce you to Peabody.

While we have put out monthly operating reports through last month, this is an opportunity to provide context around our first quarter in a more traditional fashion.

I'd like to note that we have prepared a brief slide deck that will accompany today's remarks, and that's available on our website at peabodyenergy.com.

On Slide 2, you will find a brief agenda. Amy will begin with some key takeaways and then discuss our first quarter financial highlights and full year targets. Glenn will then cover global industry fundamentals and our priorities going forward. We'll then conclude with a Q&A session.

We do have some risk factors and some forward-looking information, and I encourage you to consider these referenced on Slide 3 along with our public filings and furnishings with the SEC.

I would also note that we use both GAAP and non-GAAP measures, and we reconcile those measures in our documents.

And with that, I'll turn the call over to Amy.

**Amy B. Schwetz**
*Executive VP, CFO & Principal Accounting Officer*

Thanks, Vic, and good morning, everyone. I would reiterate our welcome to members of the investment community, and we look forward to keeping you apprised of our progress and prospects moving forward.

On Slide 4, I'd like to highlight some key points that we would invite you to takeaway today. To start, we have seen significant improvements in comparison to the challenging first quarter of 2016, with sharp increase in volumes in the U.S. and pricing in Australia that resulted in much higher revenues, earnings, adjusted EBITDAR and cash flows.

The quarter was by punctuated by a significant rise in PRB volumes off of the weak comps of 2016 as well as strong contributions from both Australian met and thermal segments, which were 2 of our 3 largest contributors of adjusted EBITDAR.

I would note that our positive results were somewhat muted in our met coal platform related to Cyclone Debbie as well as several temporary geologic and operational issues.

Fourth, I'd like to emphasize that we are revising upward our met coal volume targets to include the retention of our Metropolitan hard coking coal mine in New South Wales.

Our other operational targets for 2017 remain largely unchanged, same for U.S. volumes, costs and revenues per ton and same for Australian costs per ton.

Finally, I'll remind you that Peabody adopted fresh-start accounting as of April 3, 2017. Our first quarter financial statements do not reflect fresh-start accounting, our new capital structure or our new share count.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Certain balance sheet items and income statements going forward will not be comparable to historical results, including this quarter.

Moving now to the results from the first quarter in a more detail -- in more detail on Slide 5. Revenues of $1.33 billion were up 29% compared to the prior year on a 26% and a 17% in PRB and Western shipments, respectively.

In addition, Australian Metallurgical average revenues per ton increased 139% while thermal coal revenues per ton rose 44% compared to the prior year.

Net income attributable to common stockholders increased $287 million to $122 million for the quarter, our highest net income in nearly 5 years. Results reflect $93 million in lower interest expense associated with the impact of interest under certain debt instruments being stayed during the Chapter 11 proceedings. This was partially offset by $61 million in reduced tax benefits.

I will note that we intend to utilize a portion of our substantial AUD 4.76 billion net operating loss position to offset cash taxes related to our Australian profitability. We believe these NOLs represent a major competitive advantage going forward.

Adjusted EBITDAR increased $305 million to $390 million for the quarter. In addition to the obvious major drivers in volumes, revenue and cost, we experienced approximately $30 million in impacts related to the effects of Cyclone Debbie in Australia, which reduced sales volumes by about 200,000 tons and increased unit costs related to storm preparedness as well as the reduced ability to allocate fixed costs across tons. Also, we had a $20 million benefit associated with the sale of the company's interest in the DTA terminal in Virginia.

A word about the use of adjusted EBITDAR, which we have been using throughout the bankruptcy period and in our emergence materials. Adjusted EBITDAR excludes the costs associated with the reorganization, including hedging losses associated with prefiling positions, reorganization related fees and expenses and a small amount related to Chapter 11 incentive programs. At the segment level, adjusted EBITDAR and EBITDA are the same.

On Slide 6, let's look into the segment information in a bit more detail. I'm pleased to note that margins across our 5 segments averaged 30% in the first quarter, driven a by significant improvement in our Australian met and thermal segments, which comprise 2 of our 3 largest segments and the top 2 segments by margin.

You'll note that the Australian -- that Australia accounted for nearly half of our adjusted EBITDA for mining segments. This compares to only 3% in the first quarter of 2016 and demonstrates the enormous upside that can be driven by this platform. This also highlights the strength of our diversified business from the perspective of our regions and products.

Turning to Slide 7. In the U.S., adjusted EBITDA for the PRB was up 24% on a 26% increase in volumes due to greater customer demand. This was true even as overall electricity generation in the U.S. was down 1% year-to-date, showing just how competitive PRB coal is relative to $3 natural gas.

In the Midwest, margins per ton and adjusted EBITDA were impacted by lower realized coal pricing and higher fuel costs, but both were well within our expected 2017 targets disclosed 2 months ago.

Western shipments increased 17% due to increased utility demand at several plants, including the Navajo Generating Station in Arizona, which ran some 40% above prior year levels.

Revenues increased approximately $6 per ton, with some 60% of that improvement coming from a $13 million benefit related to a contractual resolution with a customer in the Southwestern United States. Favorable mining ratios at our Southwest mines resulted in lower unit costs, and margins per ton and adjusted EBITDA improved compared to the prior year. That was impacted by a longwall move and development work at the Twentymile Mine.

Turning to Australia on Slide 8. Revenues per ton and adjusted EBITDA improved over the prior year in both Australian met and Thermal Mining segments on sharply higher pricing. While Australian Metallurgical

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

revenues per ton were well above prior year levels, the average price was muted due to carryover volumes and sales mix relative to spot versus contract. About 12% of our volumes in the first quarter were carried over from the fourth quarter, which, you'll recall, had contracted pricing some 30% lower than Q1. The second quarter will benefit from this as we will ship carryover from the first quarter contracted volumes.

In addition, we had a lower mix of our higher quality hard coking coal sold on a contract basis. The impact on realized pricing was exacerbated by the unusually large delta between contract and spot pricing.

As we've noted at the bottom of this slide, the contracted price for the quarter was about 65% higher than the average spot price. I would note that we're well above those spot pricing levels for coking coal and low-vol PCI for the second quarter thus far.

For Australian metallurgical mining, total volumes declined year-over-year as the Burton Mine was put on care and maintenance in late 2016. Volumes as well as costs were also impacted by Cyclone Debbie and temporary geology issues at several mines during the quarter, including the reported gas conditions at the Metropolitan Mine in January and February.

While these raised first quarter costs, you'll note that we are maintaining our previously disclosed cost targets for the full year.

All in all, Australian met mining adjusted EBITDA increased $147 million from a loss in the prior year to a positive $110 million in the first quarter of 2017, making it our most profitable segment.

We believe that an often underappreciated part of the company's operations is the Australian thermal segment, which contributed more than $75 million to adjusted EBITDA just in the first quarter.

Thermal Mining revenues rose on improved pricing for export volumes while cost increased on greater fuel expenses and increased royalties due to the higher prices.

Adjusted EBITDA increased 76% from the prior year on a 44% rise in realized revenues per ton.

On Slide 9, in the first quarter, strong revenues led to increased operating cash flows of $238 million. Peabody ended the quarter with $1.068 billion of cash, which includes only unrestricted cash. What our end of quarter cash position doesn't reflect is restricted cash of approximately $81 million, plus $1 billion in restricted bond proceeds, which were released from escrow in early April for use in emergence.

Our cash number also excludes $594 million related to collateral for coal mine restoration in the U.S. and Australia. Our emergence cash was generally favorable to our targets and, in fact, was a net positive to expectations even while retaining the Metropolitan Mine.

We also had benefits in other areas relative to operations: Middlemount's contribution of cash after a return to profitability, the sale of DTA, improved working capital and lower capital outlays for collateral. These all combined to outweigh by about $50 million to $100 million the lower cash in 2017 from retaining Metropolitan.

Naturally, not all Chapter 11 expenses have been paid out. From our unrestricted cash, we will have professional fees, some final claim payouts and other settlements that were reached prior to plan confirmation that, combined, total an estimated $275 million to $325 million in cash outlays for the remainder of 2017.

I'll conclude with a review of our 2017 full year targets on Slide 10. You'll also find some helpful notes in the appendix to the presentation. As part of our commitment to transparency, we have strived to provide even more building blocks than we have given historically.

First, we are raising 2017 met coal volumes based on retaining Metropolitan. I'll also note that these targets do not include our 50% joint venture in the Middlemount Mine, which provides us exposure to approximately 2 million tons of met coal for our share.

What hasn't changed in the past few months? We are maintaining all major metrics in the U.S., sales volume by region, revenues per ton and costs per ton. We are also maintaining our Australia cost-per-

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

ton range, important, given the effects of Cyclone Debbie and other issues elevating Q1 costs temporarily. We've also edged up CapEx to reflect Metropolitan, which we now expect will add $5 million to $10 million per year for sustaining capital over the next 5 years.

Finally, we provided some different cost sensitivities for the Australian dollar currency translation depending on a decrease or increase in the A dollar. One of the lessons from the past few years was our policy related to the use of forward contracts on the Australian dollar for corporate hedging.

As a result, we have executed on a policy to secure out-of-the-money options as insurance against a potential increase in the Australian dollar in 2017 while still benefiting from any devaluation. You'll note that we've replaced our seaborne met and thermal sensitivities with more a robust detail on the products in the notes included in the appendix.

Not included in these targets is SG&A and interest expense, but we would expect SG&A to run approximately $32 million to $35 million per quarter. And interest expense, including noncash amortization, should be $41 million to $43 million per quarter.

Two other housekeeping notes of interest. As of emergence, Peabody would have approximately 137.3 million shares of common stock issued on a fully converted basis. Also as of April 26, approximately 36% of the original holders of preferred stock have converted to common stock.

I'll finish my remarks with some brief comments related to the second quarter performance relative to the first quarter. We would expect some seasonal easing of U.S. shipments, as is typical for the shoulder season, reduced results from coal trading, which is unlikely to be a major earnings contributor. Given what we know now, met coal volumes will largely be in line with the first quarter, with a major unknown related to full-quarter pricing.

We would expect met volumes to increase and met costs to decrease as the year progresses. And while the DTA sale was a one-time benefit to the first quarter, we do expect nearly $30 million in discreet second quarter cash collected from break fees related to transactions not completed.

That concludes the financial overview. So I'll now turn it over to Glenn for commentary on the industry and Peabody's priorities moving forward.

**Glenn L. Kellow**
*President, CEO & Director*

Thanks, Amy, and good morning, everyone. Before I begin our discussion on industry fundamentals, I would just like to say how pleased we are to be back and newly listed on the New York Stock Exchange. From our significant scale and diversity, to the broad regions we serve, to our strengthened capital structure, to our outstanding workforce, I believe Peabody has much to offer the investment community.

With that, let's take a look at the industry on Slide 11, beginning in the United States. A year ago, some were prematurely writing off coal-based generation on a host of factors, but the first quarter of 2017 shows that those negative calls were highly misplaced. Consider that the first quarter saw heating degree days down 4% on mild weather, gas generation down 16% and overall electricity demand declining 1% from the prior year. Yet even against this challenging backdrop, we saw coal fuel generation rise 3% over the prior year. Such is the difference that natural gas prices can have on coal fuel generation.

The chart on the right of Slide 11 demonstrates what we have long noted, that as natural gas prices rise, coal fuel generation responds particularly in the most competitive regions, such as the Powder River Basin and the Illinois Basin.

Peabody now looks for 2017 U.S. coal demand from electricity generation to rise some 30 million to 40 million tons relative to 2016 levels, lower than previous projections due to heating degree days that were 19% below their 10-year average, with overall demand higher than that, given increased domestic demand for industrial sources and exports. As a result, stockpile levels are relatively comparable from the start to the end of the quarter.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Peabody has substantial exposure to the Asia Pacific seaborne coal market for both metallurgical and thermal coal, so let's take a look at those dynamics on Slide 12.

Within seaborne met coal, we saw strong continued input demand on a 6% increase in global steel production driven by higher demand both in China and the rest of the world. This occurred at a time of constrained supply with Cyclone Debbie in Queensland, which initially disrupted shipping and later heavily impacted the rail carriers' ability to bring quality met coal to the ports.

The state of Queensland exports about half of all seaborne met coal in the world, and the rail carrier projects approximately 20 million tons of shipments would be affected in the near term. We see perhaps 5 million tons of lower shipments for the calendar year for the Australian met coal industry.

Within seaborne thermal coal, China imports increased 29% in the first quarter as the country continued to limit domestic output, while Chinese thermal generation rose 7% over the prior year.

Indian imports, on the other hand, declined 22% on increased domestic shipments.

Longer term, we continue to point to ASEAN nations in Southeast Asia as a source for increased demand in thermal coal, with Indian imports growing seaborne met coal demand. We believe a large share of both of these increases will be served from Australia.

As we have seen over the last 2 quarters, Chinese domestic policies are currently supportive, particularly for thermal coal sales. And on the subject of policies, on Slide 13, we would note that the first quarter saw regulatory policy in the United States to support both coal mining and coal fuel generation.

We believe that the administration is taking bold and sweeping steps to deliver on its promise to support reliable, low-cost energy and protect and grow jobs. Even though it's a summary, it's already a pretty long list. We benefit at the macro level from pro-economic growth policies underway in tax, GDP and regulatory reform.

Within coal mining, we've seen a number of actions, such as the repeal of the so-called Stream Protection Rule, which would have laid on thousands of pages of ambiguous regulation with no clear improvement to the environment.

In the context of how coal is used, I would cite the decision last week at the D.C. Courts of Appeal (sic) [ Court of Appeals ] to suspend the ruling on the prior administration's Clean Power Plan regulations that would've impacted coal fuel generation with no noticeable benefits to the climate.

We're also highly encouraged by commissioning a review by the Secretary of Energy on the impacts of alternative generation subsidies on harming reliability and affordability through premature retirement of baseload coal and nuclear plants, and we would expect the recognition of coal's essential role in the energy mix will also come in the form of international priorities and areas of emphasis.

Turning to Peabody's second quarter priorities on Slide 14. We intend to work with customers and the rail operator to build met coal shipments in Queensland as rapidly as possible with all lines now back in service but the main line running at reduced speeds. We're also finishing up an extended longwall move at the Metropolitan Mine in New South Wales. This move began in mid-March and is expected to be finished up near the end of this month.

Whilst we will continually evaluate our portfolio, the reintegration of Metropolitan increases our exposure to met in a higher priced environment and provides an alternative to the Queensland rail system.

We will continue to target thermal coal exports to capitalize on the strong markets. While Peabody's thermal coal volumes were unaffected by Cyclone Debbie, the industry fundamentals remain tight, and there still has been no resolution to the Japanese fiscal year thermal contract that typically takes place for shipments beginning April 1.

We also achieved a milestone last week with approval from the New South Wales Planning Commission that reviews the life extension for the Wilpinjong Mine through 2033. This is one of Australia's best thermal mines and anchors what we believe is a Tier 1 integrated thermal portfolio.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I would also note that we will look to finish our annual review process in the second quarter, optimizing mine plans to reflect the more favorable short-term pricing environment. We also intend to continue to manage our cash flows whilst using our annual review process in the second quarter to formalize our dividend and capital allocation policies, including debt-reduction targets.

In closing, Peabody is the only global fuel play coal investment. We have significant scale, quality assets and diversity in geography and products. We serve some of the very best U.S. and high-growth Asian regions. And we're intent on generating cash, reducing debt and returning cash to shareholders over time. In short, we believe that what we call the new BTU is positioned to create substantial value for shareholders.
With that, we would be happy to take your questions at this time.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from the line of Jeremy Sussman with Clarksons.

**Jeremy Ryan Sussman**
*Clarksons Platou Securities, Inc., Research Division*

So maybe just first start off in terms of met coal production. I want to go back to your presentation you guys put out during the bankruptcy process, where you have volumes declining to I think roughly 5 million tons, probably 4 or 5 years out. I think Metropolitan probably changes that a little bit but still maybe would like you to talk around that. And specifically if pricing -- you obviously put out a price deck as well associated with that. So I mean, if pricing stays strong, what type of volume declines will we see? Or do you think volumes can hold up if pricing cooperates?

**Glenn L. Kellow**
*President, CEO & Director*

So, Jeremy, as you indicated, at the time of the -- through the restructuring, we did put out a business planner. Part of that, as you'd highlighted, was based on the placement on care and maintenance of the Burton Mine, the previous closure of the Eaglefield Mine and then assuming the sale of the Metropolitan Mine. As you note, those numbers -- or as we've noted before, those numbers did not include our share, about 2 million tons of the Middlemount Mine. Those assumptions were based -- or are based on, at the end of that period, retaining what we believe are 2 high-quality, high-margin mines in North Goonyella and Coppabella, allowing the PCI mines to mine at an appropriate level, given their strip ratios. Now as you've indicated, Metropolitan adds additional tonnage to that picture. And I'd also add that as part of our -- which I alluded to, as part of our normal mine planning process, we will look at scenario planning to understand that picture better going forward.

**Jeremy Ryan Sussman**
*Clarksons Platou Securities, Inc., Research Division*

Appreciate that. And maybe just switching gears to the balance sheet. I think you communicated in March that your kind of target leverage ratio was 2x debt-to-EBITDA. And clearly, if I just annualize Q1, you're already well -- much better than that. So I guess, I'm trying to get a sense of whether or not 2017 could be a year where maybe we do see a meaningful dividend or other type of shareholder returns on top of what you of course already talked about in terms of paying down debt. I mean, it would seem that you've put yourself in a position to, perhaps, execute on both this year.

**Glenn L. Kellow**
*President, CEO & Director*

Yes. Thanks, Jeremy, for the question. I'll start off then I'll trade it to Amy about the credit agreement. As we've indicated in the earnings release, we do expect over these next 3 months to be working on our capital allocation and dividend policies. We've got a new board who are bright, energetic and engaged and have hit the ground running. And I would like to work with them to provide that update at the next quarterly call. Having said that, Amy, you might want to talk about the credit item.

**Amy B. Schwetz**
*Executive VP, CFO & Principal Accounting Officer*

Sure. So our credit agreement does provide us with flexibility in terms of a dividend beginning in 2018 with a specific dividend basket of $25 million. That dividend basket can be supplemented with our restricted payments basket, which actually grows over time as our economic performance continues to demonstrate our ability to make cash outlays. So as Glenn indicated, it's a priority for us to have that policy developed and implemented.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Operator**

And our next question will come from the line of Michael Dudas with Vertical Research.

**Michael Stephan Dudas**
*Vertical Research Partners, LLC*

First question, Glenn, on the global thermal market. I think people have been pleasantly surprised with the opportunities that have come about relative to policy issues in China and demand flows. Can you maybe elaborate a little bit more on how sustainable you see that given your customer discussions and given the fact that we're still waiting for the Japanese benchmark for April 1, which hasn't come through yet. Could expectations even be exceeded as these markets dynamics turn?

**Glenn L. Kellow**
*President, CEO & Director*

Well, Michael, what we've seen in terms of policy support over the last couple of quarters is that it seems as though the Chinese have found the right sort of regulatory tools to support -- to have supportive policies, and those tools appear to be quite effective. So we are still seeing a supportive international market. And as I've indicated, we intend to take advantage of that market going forward. The JFY annual contract negotiations had been deferred. We understand that there is the intent to reengage after the traditional Golden Week period in Japan. But like you, we'll certainly -- we don't participate in that, unlike the met coal negotiations. But we will be keeping a keen eye on that for obvious reasons. But it does highlight -- and Amy indicated that as we do feel as though our international thermal platform has traditionally been sort of under-recognized as a key part of the platform. And you saw it stand up in the first quarter. We believe it's Tier 1, and it continues to perform at Tier 1. And as we move forward, any positive movement in that market, we'll be well positioned to take advantage of.

**Michael Stephan Dudas**
*Vertical Research Partners, LLC*

Certainly, even with India not even participating as much. My follow-up, Glenn, would be maybe you could share some thoughts, a bit more closer to the ground, on how things are recovering after the cyclone in general in the -- along the lines and in your mind? And is there a point in time, second half of calendar year 2017, where after the Metropolitan comes back online and the longwall move is taken care of, you see a normalized level of production and sales that could benefit from -- which may be a tighter market in the second half year 2018?

**Glenn L. Kellow**
*President, CEO & Director*

Yes. So as we've indicated, we probably had about a week's impact of production in that first quarter. And that was essentially as the cyclone was nearing the coast, you do take precautionary measures with respect to the operations of the mines, the rostering of the workforce. I've got to say, from our perspective, that was pretty effective. And we did indicate getting back online relatively quickly for our operations. So I'm pretty proud of the performance of our site teams in that regard. Having said that, I think, as everyone knows, it's been initially the entire rail system, but in particular the Goonyella track that has continued to be impacted. We see that running at about 60% effectiveness. At the moment -- and sorry to use kilometers -- but track speeds are being limited to 60 kilometers an hour. And there's a particular region where they're down to about 40 kilometers per hour. The operator has indicated that around about the 15 of May, they should remove at least the main line 60-kilometer an hour limitation. There also is some ballast repair equipment that have been operating on the main line that has added further congestion. So the next couple of weeks, I think, should be pretty telling in terms of getting that track back up to normal operations. And then there's obviously congestion and backlogs, et cetera, that will go on beyond that. As Amy said, we also had some Q1 price contracts that we expect to move into Q2 as a result of that type of activity. With respect to your volume, yes, clearly, the focus areas as I said, were getting that ramp-up and build-up with the rail, making sure that we get Metropolitan back online, which gives us diversification away from that rail. And we'll be ramping up volumes, but that would be sort of contained within our guidance range that we've indicated for the 2017 year.

**Operator**

And we will go to the line of John Bridges with JPMorgan.

**John David Bridges**
*JP Morgan Chase & Co, Research Division*

Perhaps an accounting question perhaps for Amy. The $594 million of provisions against the ARO liability of $707 million looks a bit high compared to some others. Might you be able to recover some of that cash?

**Amy B. Schwetz**
*Executive VP, CFO & Principal Accounting Officer*

Certainly, it's a goal of mine as we move forward, John. The biggest difference between our situation and what we've seen from others in the U.S. coal industry is the Australian component of our ARO obligation. You may recall that in the past, we've used bank guarantees to provide financial assurance to the state governments in Australia. Over the course of the bankruptcy, those bank guarantees, which were backed by LCs became actually cash backed as those LCs were drawn during the filing. So that collateral now sits with the government in Australia, and we will be working over time to see if there's a way that we can free up that liquidity for other uses.

**John David Bridges**
*JP Morgan Chase & Co, Research Division*

Okay, great. And then as a follow-up on Metropolitan, that sounds like a pretty major longwall move that takes from March to May. And then could you give us a bit of color as to what this mine is all about? I know when you were trying to sell it when it was -- when the sale was being planned, and there seemed to be a sense there was quite a bit of capital coming down the pipe for that mine. And also coal quality to expect.

**Glenn L. Kellow**
*President, CEO & Director*

Yes. So I think at the time, the sale of the Metropolitan Mine had a number of advantages to us. We were looking to support the Australian platform during the course of the restructuring. We had indicated that it had a higher cost, above average sort of Q3, Q4 sort of cost outcome. And then from our perspective, in order to drive that down further, it required significant capital. On the other hand, South32 had some synergies. And from our viewpoint, they we were willing to share those synergies through the course of the negotiation. Taking on board Metropolitan now, our focus is on reintegrating the workforce, looking to take advantage of extended contracts in the international market for 2018 and beyond with our international customers. And we think we can continue to optimize that mine based on the market situation and the more favorable market situation that exists at this point in time. Having said that, we'll continue to review our portfolio, as you would expect as being a natural part. The longwall move itself -- so the issues, which I think were reported through the course of the quarter, we initially had some higher gas conditions, which slowed down the advance in the previous panel. And as we moved in, to effect the move into the new panel, we have had to increase our level of gas drainage and our methodology of gas drainage associated with opening up that new panel. That has, I guess, and was planned to be an extended move. But the gas drainage has added a little bit more time around that. Having said that, we believe the steps we've taken now will probably mean that the next time we move in this panel, we'll probably be able to cut the time down to what we were previously contemplating. And that's one of the optimization things I was talking about associated with this mine.

**Vic Svec**
*SVP, Global Investor and Corporate Relations*

And just a few more kind of statistics to ground people around Metrop, that is a neater benchmark quality on the hard coking coal side of the house. You had asked around about CapEx. We noted that's probably $5 million to $10 million a year of sustaining CapEx moving forward, so not too big of a dollar sign there associated with that. And you've seen that reflected in our revised 2017 CapEx guidance. It does have a

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

good reserve life, about 26 million tons of [ SEC ] reportable proven and probable reserves there for a 2 million-ton-a-year operation. And then one other element that's notable particularly in this environment, it does give us the geographic diversity relative to the Queensland coking coal since this is in New South Wales and goes out of Port Kembla.

**Operator**

We will open the line of Daniel Scott with MKM Partners.

**Daniel Walter Scott**
*MKM Partners LLC, Research Division*

My first question is on the coking coal guidance for volume. I think you said that you expect second quarter to be roughly in line with first quarter, so that's about 4.5 million. And to get to the full year's midpoint of guidance would imply about 3.5 million per quarter. Is that the kind of run rate we can expect for the next few quarters if pricing remains strong around 14 million tons a year?

**Amy B. Schwetz**
*Executive VP, CFO & Principal Accounting Officer*

I think that's about right between -- on a run rate basis, between the 13 million and 14 million ton range with -- obviously, with longwall moves sprinkled in there at Metropolitan in the fourth quarter of this year again. We are on a longwall move holiday at North Goonyella until the middle of next year.

**Daniel Walter Scott**
*MKM Partners LLC, Research Division*

Okay, great. Then on the thermal side, I wanted to maybe get a little more color on how you expect to price the export thermal out of Australia. Yes, how much is spot sales versus against a benchmark?

**Amy B. Schwetz**
*Executive VP, CFO & Principal Accounting Officer*

Sure. So with respect -- and you've touched on the fact that we do have, obviously, a domestic contract out of Australia. That is roughly 7 million tons a year. In general, about 60% of our seaborne thermal sales are done on a spot basis. And the remainder are sold under long-term contracts. And we have a range of products that we sell on the thermal side, our Wambo product being a premium product, our Wilpinjong product being a little lower quality. On a weighted-average basis across all of those products, we would generally see about a 90% to 95% pricing level to the Newcastle index price.

**Daniel Walter Scott**
*MKM Partners LLC, Research Division*

Okay, great. Then last for me. Looking more on the domestic side, it sounds like from both you and the peers that PRB has been a pleasant surprise so far this year. Has the pace and the kind of the duration of RFPs started to pick up in a more bullish fashion with gas holding above $3? And is -- are you seeing a similar sort of response yet from the Illinois Basin? Or is that still fairly challenged?

**Glenn L. Kellow**
*President, CEO & Director*

Yes. I think on the PRB, we are seeing it pick up. But it's going to be really critical as to the sort of summer, I think, we ended up having and how gas prices hold through the next quarter as to how that will continue to evolve. On the Illinois Basin, a couple of factors there. I think there's natural gas still has its play, and we are seeing a lot of contracting. I would also note there's a fair bit of competition in coals in the Illinois Basin as well, so that is impacting on overall sort of outcomes.

**Amy B. Schwetz**
*Executive VP, CFO & Principal Accounting Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. One thing I'd note just with respect to our price position for 2018. At the time that we were out marketing our bonds, we were about 43% priced across the U.S. for 2018. And as of right now, we are right around 52%. So we have seen a decent amount of contracting activity in the first quarter of the year despite what is probably less-than-stellar weather for utilities to be thinking about buying tonnage.

**Vic Svec**
*SVP, Global Investor and Corporate Relations*

And just one other factoid on the PRB. You are right. They're off to a very good start. And we talked about the fact that on a coal-versus-gas basis, coal up 3% on generation while gas generation down double digits, 16%. And yet when you look at the PRB, the consumption is up some 15% year-to-date. So really a gangbusters year off of what are admittedly some weak comps year-over-year.

**Operator**

Our next question comes from the line of Lucas Pipes with FBR & Co.

**Lucas Nathaniel Pipes**
*FBR Capital Markets & Co., Research Division*

So I wanted to follow up a little bit on, Amy, your second quarter comments. I think just with Debbie, a lot of price volatility. Then there's the longwall move. Obviously, some volumes were impacted. Could you remind everybody just the numbers, get in right ballpark? What should we be looking at in terms of met coal volumes in the second quarter? Prices, I think you gave a fair bit of color in the release, but maybe a rough ballpark there as well. And then importantly, on the cost side for Australian met coal, would appreciate your comments on that.

**Amy B. Schwetz**
*Executive VP, CFO & Principal Accounting Officer*

Sure. So starting with the volumes, I think that we'd expect to see volumes pretty similar to where we're at -- where we were at in Q1 from a met coal volume perspective. Unfortunately, we had very few, if any, shipments, really only what was at the port, in the month of April from a met coal perspective. So we are really working to see those shipments get ramped back up in the May and June time frame. From a cost perspective, it's going to be a challenging quarter just given both the longwall move at Metropolitan and the recovery related to the wet weather. So again, from a cost perspective, 1Q is probably a better guide than our guidance range for the full year. But between that ramp-up in volume that we're going to see in the back half the year and some of the cost-containment initiatives that are in place in Australia, we are anticipating that in the third and fourth quarter, we'll see a rapid decline in our cost basis and end up between that range that we've given in the $85 to $95 range for the full year.

**Lucas Nathaniel Pipes**
*FBR Capital Markets & Co., Research Division*

That's very helpful. And then I want to follow up on the $594 million of restricted cash and ask on those in a slightly different fashion, twofold. One, could you provide us with the breakdown between what sits in Australia or is kind of used in Australia and what is used here in the U.S., number one? And then number two, Amy, I think you said that historically, you used bank guarantees. Could we be thinking about all of this going back to bank guarantees at some point in the future? Or was there may be a split between cash and bank guarantees in the past? Or put differently, how much cash did you utilize in the past versus today? I would appreciate your thoughts on that.

**Amy B. Schwetz**
*Executive VP, CFO & Principal Accounting Officer*

Sure. So just over 2/3 of the cash that's in that number is in Australia versus the U.S. Traditionally, there has been 0 cash that has been restricted in this manner or near 0. Really, the use of collateral for our bank guarantees began in the third quarter of 2015, and it's a situation that's evolved over the course of our financial distress from being LC-backed to ultimately being cash-backed. And so this is something that's a relatively new phenomena to us. But as I indicated, it's obviously something that has our attention. And

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

moving forward, we'd like to find a way to provide financial assurance for those obligations in a way that doesn't restrict quite so much of our liquidity.

**Glenn L. Kellow**
*President, CEO & Director*

And so one is the financial instrument we use, but I'd also build on, even in the United States, we believe we still qualify for self-funding. We believe that self-funding is available to us, and we would be seeking to reengage around that at some point with the states and the regulatory agencies.

**Operator**

Our next question is from the line of Mark Levin with Seaport Global.

**Mark Andrew Levin**
*Seaport Global Securities LLC, Research Division*

Okay. Two big-picture questions, one is strategy. Glenn, when you think of the Australian and the U.S. operations, do you -- I mean, do you envision at some point splitting the 2? Do you think that there's more value in separating them? Or do you think that there's more value in keeping them together?

**Glenn L. Kellow**
*President, CEO & Director*

Well, our objective is to create -- is to maximize shareholder value under any scenario. We actually think, at this point in time, the investment thesis is around being the only global pure-play coal investment. You can see the strength of the platform and its diversity and its scale and that stable U.S. platform and the outperformance that we saw at the Australian platform in the first sort of quarter. The cash generation that the overall enterprise is able to muster. Having said that, our objective is around maximization of value. So we'll continue to look at our options and test those sorts of pieces. So I think that would be a natural part of what you'd expect us to do going forward.

**Mark Andrew Levin**
*Seaport Global Securities LLC, Research Division*

Got it. No, that makes sense. And then moving over to Amy, the mechanics of the restricted payment basket to which you referred. So I think you noted that there are some restrictions with regard to paying a dividend in 2017, and you referenced a $25 million cap in 2018. But also this almost exclusionary factor where you have this restricted payment basket. Can you maybe explain in greater detail how that works and how that might affect the timing, and what the timing of capital allocation or capital return, and what the magnitude could potentially look like?

**Amy B. Schwetz**
*Executive VP, CFO & Principal Accounting Officer*

So the restricted payments basket is tied to a leverage ratio. It starts at [indiscernible] and then grows from there depending on leverage ratio going forward. So obviously, that's a pretty significant adder to that $25 million dividend basket that we have. So -- and it grows with, obviously, with excess cash flow and net income. So it becomes sort of an iterative process in terms of how large it could be. But out of the gate, you've got the $25 million and the $50 million available.

**Mark Andrew Levin**
*Seaport Global Securities LLC, Research Division*

Got it. Got it. Got it. And then finally, one modeling question related to potential met realizations in Q2. I think you referenced 12% carryover in Q1. What -- if you had to think about Q2 and what the percentage carryover might look like? And then also how much you might expect to sell spot versus how much would be tied to the contractual price?

**Amy B. Schwetz**
*Executive VP, CFO & Principal Accounting Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

So I think starting with your question about the carryover, I think that we'd be looking at sort of a similar impact going from Q1 into Q2 on that carryover tonnage going forward. We would expect to be more heavily contracted as we look at Q2 versus Q1, in part because of those contractual tons coming in. And because the tons that we were contracted for in the month of April will be -- will need to be shipped in May and June. That all being said, I would point to the fact that although we are contracted, we are not necessarily priced for Q2. And that remains sort of the largest open issue as it relates to the quarter in terms of the settlement of the benchmark contract.

**Glenn L. Kellow**
*President, CEO & Director*

And as I'd indicated before, similar to thermal, there had been -- the parties had deferred negotiations in the run-up to the cyclone or through the cyclone and the volatility that was occurring. We've now had Golden Week in Japan, but we do expect along with a number of other producers to be back at the negotiating table next week.

**Operator**

Next question is from the line of Paul Forward with Stifel.

**Paul Stanley Forward**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Just wanted to ask about on the met coal side of things. You'd mentioned plans for a number of the mines, but I think 2 that didn't mentioned were Millennium and Moorvale. I was just wondering if you could talk about -- once we're through the Debbie situation, can these mines keep operating at the 2016 levels for a while? I think between the 2 of them, they did 5.7 million tons. Or should we be modeling in depletion over time? And if there is depletion, is there the opportunity to deploy some more capital and offset that elsewhere?

**Glenn L. Kellow**
*President, CEO & Director*

Yes. I think as an earlier question, we had assumed in our planning processes around that strip ratio occurring, which meant that there would be depletion of the production profile over about a 5-year period. Having said that, I also indicated that one of the things we're looking to do in the mine planning process is scenario planning. That may enable us to flex on not that. That work has not yet been completed, but we're clearly focused on answering that question.

**Paul Stanley Forward**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. And just maybe thinking along those lines is -- if there is a need to replace some depletion and the markets are supportive of coking and PCI coal pricing, is the midpoint, $180 million on CapEx, where do you think should go over the next couple years? Are there opportunities to deploy that with reasonably high returns?

**Glenn L. Kellow**
*President, CEO & Director*

I think that higher return is probably the key there, and I've said we'd regard the core of the met coal platform as being those high-margin mines in Coppabella on PCI and North Goonyella on hard coking coal. So I think in terms of capital allocations and capital priorities and the ability to expand, I think our focus would first and foremost be around those mines with respect to capital.

**Amy B. Schwetz**
*Executive VP, CFO & Principal Accounting Officer*

Yes. And I think some of our decisions as it relates to those PCI mines that you specifically referenced is really around acceptance of higher operating costs versus deployment of capital. And so certainly, what

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

we want to be aware of as we approach those decisions is how long are we locked into those higher costs, given the volatility of the coal markets? So those will be decisions that we'll continue to look at sort of on a quarter-by-quarter basis as we approach the back half of our plan.

**Paul Stanley Forward**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Great and...

**Glenn L. Kellow**
*President, CEO & Director*

I mean, we've also been attempting to do things though to lower the cost profile. We've integrated Moorvale activities into the operations of the Coppabella activities and that lower cost profile aimed at extending the life. Similarly at Millennium, we're looking at doing a number of things that will continue to lower our cost and keeping that mine competitive. But you should -- but what we said around the plan sort of indicated the trajectory at the pricing levels that we previously assumed.

**Paul Stanley Forward**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

And just last question, you're 52% priced in the U.S. for 2018. Just wondering if you could give us a little sense -- or should we anticipate that to be flat, up or down versus '17?

**Amy B. Schwetz**
*Executive VP, CFO & Principal Accounting Officer*

I think as we look at specifically the PRB, which is where we have a significant amount of our pricing activity taking place, I think we would expect that to be down marginally, Paul, year-on-year. I tend to term it in dimes rather than dollars as we look at that average pricing. On year-over-year, obviously, our PRB mines are very -- have different -- have varying levels of products. And so some of it will depend on mix. And I'd note that what we're really focused on is maintaining those 23% to 25% or higher margins out of that region because some of our lower quality products have really strong margins.

**Operator**

And we will open the line of Nic Caiano with Pinyon Asset.

**Nicola Caiano**
*Pinyon Asset Management*

So I have a question. By my estimate, the company should generate about $1.5 billion in EBITDA by the end of this year, which would equate to roughly $1.1 billion in free cash flow or roughly $8 per share. If we're able to bring the $600 million back on balance sheet, that would be an additional $4 and change, effectively $13 per share in cash. So either -- to me, it seems either the market doesn't believe the amount of cash that will be generated or the market is concerned about what will be done with the cash. You've highlighted what you'll do with the cash. Can you highlight what you will not do with the cash?

**Glenn L. Kellow**
*President, CEO & Director*

Well, I think you think you're talking to a team that is carrying a few scars and understands sort of the lessons and also has done some reflection around some of the lessons and learnings of the broader industry, not just this company. So this is a team that's focused on shareholder value, on shareholder returns. This is a team that's going to be focused on ensuring that we have the right capital structure and debt structure. But now our job is to return to shareholders over time. So that's the filter. So I'd rather talk about the things we're going to do because they're going to be constrained by that filter. And basically, we're not going to do anything else.

**Nicola Caiano**
*Pinyon Asset Management*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. So let me ask you this. A lot of people were talking about the restrictive payments. Is it incorrect to think if by year-end effectively on a net basis, I think we'll be at net 0 debt. If that's the case, couldn't we renegotiate the debt agreements such that we wouldn't even have to deal with the restrictive payments?

**Amy B. Schwetz**
*Executive VP, CFO & Principal Accounting Officer*

I think that, that is something that my team will look at on a fairly regular basis as to whether or not we feel like the debt agreements that we have are too restrictive. Given our financial strength, we'll obviously weigh that at what we view as being accretive to shareholders in terms of any costs associated with amending them. We do believe that from a pricing standpoint, we have extremely competitive debt instruments. We're happy with the tenor of those programs. We're happy with the flexibility that we have with respect to prepayment of the instruments that we currently have in place. But the flexibility, as you've noted, is something that we'll have to continue to assess moving forward.

**Operator**

And our final question will come from Chris Kenny with Aurelius Capital.

**Christopher Kenny**

I had a quick question for you. In the disclosure statement, you all had listed somewhere around the order of $600 million of sort of net cash outflows for emergence. And if I'm reading your slides and presentation right, you've already spent, say, $150 million in the first quarter. And then that leaves you roughly $300 million over the back part of the year. Is that right? Am I doing the math right? Is that apples-to-apples?

**Amy B. Schwetz**
*Executive VP, CFO & Principal Accounting Officer*

Yes. So, Chris, this is Amy. You're correct that our emergence cash flows are going to be lower over time than we'd anticipated, and that's largely associated with the collateral that we used for our U.S. bonding solution, which was lower than we'd anticipated in our exit costs originally.

**Christopher Kenny**

Okay. Great. And then just to follow up on the $600 million. I guess, the $600 million, there's at least $50 million that was from [ AGO ], which it sounded like from other disclosures, you've already received that. Is there any other like really easy money that should be on the come?

**Amy B. Schwetz**
*Executive VP, CFO & Principal Accounting Officer*

I wish. I think that the remaining yards going to be the harder ones, but we still intend to run them out.

**Operator**

And that was the final question. I will go back to Glenn for any closing remarks. Thank you.

**Glenn L. Kellow**
*President, CEO & Director*

Thank you, and thank you for that discussion. I would, in closing, like to extend my appreciation to our employees around the world for their ongoing commitment to ensuring safe, productive operations and continued delivery of value. I would also like to thank our current shareholders, potential shareholders and sell-side analysts for your interest in the new BTU. We look forward to keeping you updated through a robust investor outreach program as time goes by. Operator, thank you, and that concludes our call.

**Operator**
Thank you. Ladies and gentlemen, that does conclude your conference for today. Thank you for your participation and for using AT&T Executive TeleConference Service. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.