# Exhibit N

# MKM PARTNERS

*Your Vision. Our Focus.*

**Research Department**
MKMPartnersResearch@mkmpartners.com

# Morning Summary                                September 4, 2018

## Peabody Energy (BTU-Buy)

Mining

| | | |
|---|---|---|
| Price Target | | $54.00 |
| Price | | $41.31 |
| Market Cap. | | 5,027.4 |

| | 2018E | 2019E |
|---|---|---|
| Revenue (mn) | 5,479.0E | 5,045.0E |
| EBITDA (mn) Adjusted | 1,460.0E | 1,045.0E |

### Key Takeaways from Non-Deal Roadshow

We had the opportunity last week to host senior management from BTU for meetings with investors. They were able to highlight their strong Australian platform, which is running EBITDA margins near 40%, supplemented by the large, low cost domestic thermal platform running near 20%. Strong cash flows have allowed them to nearly complete a $1 billion repurchase program, so more capital allocation decisions lie ahead. M&A is active, but valuations are challenging against share repurchase. We view valuation as compelling especially against the current commodity strip, and are reiterating out Buy rating.

*Daniel Scott, Executive Director - dscott@mkmpartners.com*

## Cinema

### Box Office Review: Crazy Rich Asians Helps Summer Finish With Mid-Teens Growth

Holiday weekend sees big growth, but not as high as we had hoped. Box office revenue from the Top 10 films over the four-day Labor Day weekend holiday was $94mn. This result was a bit below our $102mn forecast although growth was up a solid 53% y/y. *Crazy Rich Asians*, *Mission: Impossible - Fallout* and *Searching* exceeded projections but the remaining seven films underperformed our estimates and weighed on the overall performance. QTD box office revenue is now at $2.14bn as of September 3, and is up 10.3%. We are very comfortable with the view the 3Q box office should rise y/y. Achieving a flat result would allow for September revenue to decline a substantial 26%, which we perceive as an excessive decrease even against last year's record month. Getting to our +4% target would require September to fall just 11%, which right now we see as a bit aggressive. Key September release films to monitor that could limit the anticipated decrease versus last September include *The Nun*, *The Predator*, *The House With A Clock In Its Walls*, *Night School* and *Smallfoot*.

*Eric Handler, Managing Director - ehandler@mkmpartners.com*

## Technical Strategy

### Do Not Shy Away from August Highs

We explore seasonal trends in this week's note, especially examining years when the equity markets made a new high for the year in August. We found that positive momentum carried through into September. Since 1980, there have been 14 years when the S&P 500 made a high in August, just like the current market. Averaging those years together, we found the bullish price momentum continued into September. Weakness was prevalent in October. The mid-term election cycle shows a similar seasonal pattern with a buyable low in October.

*JC O'Hara, Executive Director, CMT, CAIA - johara@mkmpartners.com*

---

Headquarters: 300 First Stamford Place, 4th Floor East, Stamford, CT 06902
Member FINRA and SIPC. Additional Information on all of our research calls is available upon request.
**See pages 4-5 for analyst certification and important disclosures.**



Morning Research Summary - September 4, 2018

**Big Lots, Inc. (BIG-Buy)**

Broadlines & Hardlines Retail

| | | | |
|---|---|---|---|
| Price Target | | | $49.00 |
| Price | | | $43.36 |
| Market Cap. | | | 1,747.4 |
| | | **2018E** | **2019E** |
| EPS | | $4.48E | $4.90E |
| (FD) Diluted | | | |
| Revenue (mn) | | 5,237.6E | 5,279.0E |
| EBITDA (mn) | | 377.6E | 396.4E |
| EV/ EBITDA | | 5.8x | 5.5x |

## From August the 31st 2018

Comps Accelerate in 2Q18, Store of the Future Trends Improving, Transport Costs Hit SG&A/EPS

Reiterate Buy post 2Q18, encouraged by accelerating comp trends. Unfortunately, higher domestic transportation rates weighed on the quarter and caused an EPS miss and a big drop in the stock (down 9% intra-day vs. SPX down slightly). We view the pull-back as an opportunity given accelerating sales, particularly in core areas like furniture (including mattresses), indications of a further pick-up 3Q18-to-date, solid merchandise margins, and increasingly positive reads on the Store of the Future remodel program, which we see as key to Big Lots' longer-term growth potential. With the pullback, the stock is trading only 8.8x our lowered 2019 EPS estimate.

*Patrick McKeever, Managing Director - pmckeever@mkmpartners.com*

**MacroStrategy**

## From August the 31st 2018

Time to Exit the Energy Trade

**Executive Summary:** Energy has been the top performing S&P 500 equity sector over the last six months. Our bullish view of the sector (which we did not formally reverse when we became concerned about commodities and EM equities in May) has been based on cheap normalized valuations, which we believed investors should have confidence in given the climb of crude prices back toward the five-year averages. Today, however, earnings are back above the five-year average and so are crude prices. Moreover, the previous performance gap that opened up between crude and metals has largely closed. Given the recent strength of the sector, and the ongoing disruptions to emerging market currency and debt markets, we believe the outlook is a more cautious one going forward. The two main headwinds from here would be 1) a sustained rise of the dollar on the back of sustained Fed tightening and higher interest rate differentials in the U.S. versus Europe and Japan and 2) an escalation of the Trade War that could damage global growth prospects, especially those tied to China's business cycle. Longer term, there could still be headwinds from fracking and horizontal drilling technologies that have made the energy supply curve more elastic while a sustained push in China and India to reduce smog may be a longer-term break on the demand side. **We continue to favor the rate sensitive defensive sectors here as a play on either an equity market correction from near record levels and/or a slowdown in macro momentum going into next year (the latter of which should place a ceiling on long rates).**

*Michael Darda, Chief Economist & Market Strategist - mdarda@mkmpartners.com*



## Corporate Access Events

| DATE | COMPANY | HOSTS | LOCATION: |
|------|---------|-------|-----------|
| 09/17 | **World Wrestling Entertainment Inc. (WWE)** | Michael Weitz, Senior Vice President, Investor Relations & Financial Planning and Michael Guido, Director of Investor Relations | Philadelphia, PA |
| 09/20 | **Sportsman's Warehouse Holdings, Inc. (SPWH)** | Jon Barker, Chief Executive Officer and Kevan Talbot, Chief Financial Officer | Midvale, UT |

## Analyst Meetings

| DATE | ANALYST | SECTOR | LOCATION: |
|------|---------|--------|-----------|
| 09/17-09/21 | **Farina, Wendy** | Quantitative Survey Group \| QSG | London and Edinburgh, UK |
| Please call your sales representative if you are interested in a Corporate Access Event or an Analyst Meeting. | | | |

**MKM** PARTNERS

Morning Research Summary - September 4, 2018

**Compendium report:** Disclosures applicable to the companies included in this compendium can be found in the latest relevant published research. Please go to https://mkmlibrary.bluematrix.com/client/login.jsp to access our Research Repository. For first-time log-in credentials, please contact your MKM representative or email MKMPartnersResearch@mkmpartners.com.

**Investment Risks:** Risks associated with the achievement of revenue and earnings projections and price targets include, but are not limited to, unforeseen macroeconomic and/or industry events that weaken demand for the subject company's products or services, product obsolescence, changes in investor sentiment regarding the company or industry, the company's ability to retain or recruit competent personnel and market conditions. For a complete discussion of risk factors that could affect the market price of the securities, refer to the most recent 10-Q or 10-K filed with the SEC.

| Distribution of Ratings MKM Partners, Equity Research | | | Investment Banking Serv./Past 12 Mos. | |
|---|---|---|---|---|
| Rating | Count | Percent | Count | Percent |
| BUY [BUY] | 74 | 58.73 | 0 | 0 |
| HOLD [NEUTRAL] | 51 | 40.48 | 0 | 0 |
| SELL [SELL] | 1 | 0.79 | 0 | 0 |

**Company Specific Disclaimers**

MKM Partners has managed or co-managed a public offering or placement of securities of AMC Entertainment Holdings, Inc. within the past 12 months.

**Explanation of MKM Partners Rating System**

"Buy" Security is expected to appreciate 15% or more on an absolute basis in the next 12 months.

"Neutral" Security is not expected to significantly appreciate or depreciate in value in the next 12 months.

"Sell" Security is expected to depreciate 15% or more on an absolute basis in the next 12 months.

**Important Disclosures**

Research Department (including his/her/their household) does not have a financial interest in the securities of the subject company(ies). The Firm has not engaged in transactions with issuers identified in the report. MKM Partners LLC does not make a market in the subject company(ies). The subject company(ies) is(are) not currently, nor for the past 12 months was(were), a client(s) of the Firm. The research analyst does not serve as an officer, director or advisory board member of the company(ies) and receives no compensation from it(them).

This report has been prepared by MKM Partners LLC. It does not constitute an offer or solicitation of any transaction in any securities referred to herein. Any recommendation contained in this report may not be suitable for all investors. Although the information contained herein has been obtained from recognized services, issuer reports or communications, or other services and sources believed to be reliable, its accuracy or completeness cannot be guaranteed. This report may contain links to third-party websites, and MKM Partners LLC is not responsible for their content or any linked content contained therein. Such content is not part of this report and is not incorporated by reference into this report. The inclusion of a link in this report does not imply any endorsement by or affiliation with MKM Partners LLC; access to these links is at your own risk.

Any opinions, estimates or projections expressed herein may assume some economic, industry and political considerations and constitute current opinions, at the time of issuance, that are subject to change. Any quoted price is as of the last trading session unless otherwise noted. Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned in this report. Investors in such securities and instruments, including ADRs, effectively assume currency risk.

This information is being furnished to you for informational purposes only, and on the condition that it will not form a primary basis for any investment decision. Investors must make their own determination of the appropriateness of an investment in any securities referred to herein based on the applicable legal, tax and accounting considerations and their own investment strategies. By virtue of this publication, neither the Firm nor any of its employees shall be responsible for any investment decision. This information is intended for institutional clients only.



This communication may involve technical and/or event-driven analysis. Technical analysis solely examines the past trading history of a security to arrive at anticipated market fluctuations. Technical and event-driven analyses do not consider the fundamentals of an underlying security and therefore offer an incomplete picture of the value or potential value of a security. Customers should not rely on technical or event-driven analysis alone in making an investment decision, but should review all publicly available information regarding the security(ies), including, but not limited to, the fundamentals of the underlying security(ies) and other information provided in any filings with the Securities Exchange Commission (SEC).

MKM Partners LLC has multiple analysts, and their views may differ from time to time. We encourage readers to call with any questions. This report may contain a short-term trading idea or recommendation that highlights a specific near-term catalyst or event that is anticipated to have a short-term effect on the equity securities of the subject company(ies). Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects a longer-term total return expectation. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating. Any discussions of legal proceedings or issues are not and do not express any, legal conclusion, opinion or advice; investors should consult their own legal advisers as to issues of law relating to the subject matter of this report.

Regarding the use of instant messages (IMs) and e-mail, you consent to the following: IMs or e-mail sent from or received by MKM Partners LLC employees are presumed to contain confidential or proprietary information and are intended only for the designated recipient(s). If you are not the designated recipient, please inform the sender that you received this e-mail or IM in error and do not use, copy or disseminate its contents. MKM Partners LLC and its analysts may from time to time make informal technical, fundamental and economic comments on IM and e-mail.

Additional information on all of our research calls is available upon request. MKM Partners LLC is a U.S. registered broker-dealer and a member of FINRA and SIPC.