# Exhibit O

# Cycle surfing Peabody stalled by Queensland gas

**AFR** **afr.com**/companies/cycle-surfing-peabody-stalled-by-queensland-gas-20180919-h15lp9

September 19, 2018

Peabody Energy's smooth ride <u>since dragging itself out of bankruptcy and surfing the coal cycle back to wild profitability</u> has been interrupted by a succession of technical problems that suspended work at its North Goonyella mine in Queensland.

Work at one of Peabody's five-strong fleet of metallurgical coal cash cows in the Bowen Basin has been suspended after the underground mine triggered thresholds for methane and carbon monoxide.

The inability to work underground comes at the worst possible time for management, given that the mine is deep into the routine of moving the massive and intricate longwall equipment that cuts production from the North Goonyella coal face.



Coal prices are up but Peabody has issues at its North Goonyella mine.  *Michele Mossop*

Peabody management from headquarters in St Louis confirmed that a high gas level had stopped progress on a longwall move that was to be completed by the end of September but will not now be in place until "early" in the December quarter.

Peabody said that key services such as power, ventilation and normal water management had been unaffected by the shutdown and that the mine continued to ship from inventories. But the company was unable to tell *The Australian Financial Review* whether it was shipping

to schedule or how long it could support its contracted volumes from stockpiles at the mine and port.

But there are claims that the problems at North Goonyella stretch beyond the methane and carbon monoxide readings.

Multiple sources have indicated that the coal is generating excessive levels of heat, that this is the source of the gas accumulation and that management is uncertain why or where this unanticipated burst of heat is coming from.

Those same sources estimate that mine management has no more than two weeks to solve both issues because a half-moved longwall "cannot just sit down there for too long without moving".

This claim, along with the idea of management uncertainty, is received as unnecessarily alarmist by Peabody people. The company's approach is that a return to normal is a matter more of time and appropriate action. And that is pretty much word-for-word what we heard the last time we reported on a difference of opinion between miners at the coal face and head office.



Persistent speculation that Rio Tinto is considering an initial public offering for its Canadian iron ore pellets business, Iron Ore Company of Canada, might eventually prove to be on the money. *Vincent Mundy*

In a second and more substantial comment sent to the *Financial Review*, a Peabody spokesman confirmed the link between heat and gas levels but played down the sense of urgency represented by our sources.

Advertisement

"About 2½ weeks ago, an area of the North Goonyella mine began registering higher gas levels, suggesting modest elevated temperatures and low-level oxidation of some coal," the statement said.

"Mine management quickly assessed the facts, took appropriate steps, removed people from underground, contacted the inspectorate, and began mobilising resources to correct the situation. Steps have included pumping inert material near the face to reduce levels, and there are recent indications that process is yielding success with current gas levels below their peak."

Those steps include the deployment of seven units that are pumping nitrogen into the mine at various points with the aim of speeding the ventilation process.



Woodside's Peter Coleman have argued that the quite sudden revolution in the way liquid natural gas is marketed will be a precursor to innovations in the way customers want to use it. *Jessica Hromas*

The second statement from St Louis played down the need for speed and any sense that an expensive piece of kit might be at risk.

"Peabody is well over halfway through the two-month longwall move at this point, with major equipment already transferred and 78 shields remaining to be moved," the statement noted.

Advertisement

Peabody also rejected any suggestions that delayed repositioning of the longwall might prove material, noting that "the company had been trending to the upper end of its 2018 metallurgical coal sales volume targets, and those targets have not been revised".

But it is worth noting that we were offered similar reassurance the last time we reported on miners and their management team representing different views about a problem at an underground coal operation. That was in November 2015 when we reported that the miners at BHP's Broadmeadow mine were battling "technical problems". The claim was that a longwall had become wedged by roof slippage. Head office insisted things were under control. But they weren't until, some time later, management engineered a novel solution to release the equipment. And while that problem was fixed, technical issues have persisted.

As it turns out, miners really do know what they are talking about.

## IPO for IOC

Persistent speculation that Rio Tinto is considering an initial public offering for its Canadian iron ore pellets business, Iron Ore Company of Canada, might eventually prove to be on the money.

We hear that investment bank RBC has been invited to test whether the Canadian market might support an IPO of a business that is said to really need the love and attention that new ownership might bring.

Advertisement

It is evident that Rio is chewing on other options too. In August, Britain's Sky reported that Credit Suisse had secured the mandate to auction Rio's 59 per cent of IOC. Mind you, that report valued the business at $US6 billion. And that seems a bit of a stretch for a business whose profit fell just shy of $US400 million in 2017, a year notable for top-of-the-cycle pricing triggered by the enduring loss of Samarco pellets to an already tight market.

That valuation looks peaky too, given that IOC is the owner of an ageing pelletising plant and whose ship-loader was recently shut down for 10 days due to issues with the belt loader.

It is generally acknowledged that IOC needs capital to replenish its mining capacity and fresh infrastructure other than its rail freight service, which is said to be in pretty modern nick. But the business just is not going to win the race for capital within Rio. So chief executive J.S. Jacques owes it to his owners and to his partner in IOC, Mitsubishi, to sell the thing for value.

And now is the time, given that iron ore markets are strong and the market for the sort of premium product that the pellet-makers deliver is even stronger.

## Virtual pipeline 4.0

For some time the likes of Woodside's Peter Coleman have argued that the quite sudden revolution in the way liquid natural gas is marketed will be a precursor to innovations in the way customers want to use it.

Advertisement

Already the opportunity to access a more liquid short-term market and to play the arbitrage between US and Asian gas markets has paved the way for the likes of AGL, Australian Industrial Energy and Venice Energy to contemplate novel solutions to the east coast shortage.

But Coleman's view of the change ahead is far broader than floating regasification technology and the potential they offer for Adelaide, Melbourne and Sydney to import their way out of gas shortage.

The Woodside proposition is that LNG offers a perfect solution to currently stranded demand and to users of heavier oil products that are facing increasing pressure over their emissions qualities.

That is why Woodside is investing in a break-bulk LNG facility that is being built at the back of its gas chillers at Karratha. Coleman wants to introduce a new fuel option to the Pilbara miners.

And that is all a long preamble to the Sheffield Resources story. On Wednesday the Northern Australia Infrastructure Fund offered to lend $95 million to Sheffield in the name of its Thunderbird mineral sands project in the Kimberley.

Now, let's leave aside the potential for this funding to be controversial because of where Sheffield's planned mine is (yes, I did say the Kimberley). And let's instead focus on why Sheffield's NAIF success might be so affirming of Coleman's LNG market thesis.

The Thunderbird project will require a lot of power and the plan is to source that from on-site generation. It will be fuelled by gas. And that gas would arrive on a "virtual pipeline" with wheels. Sheffield plans to acquire its liquid gas from "the Pilbara gas supply centres of Dampier and Port Hedland" and truck it 700 kilometres to onsite storage before turning it back into gas and burning it in a power plant.

This is an idea that might once have seemed very odd indeed. But it is a mechanic of supply that is now commonplace in China and elsewhere around our region and that sat central to the play for the $460 million bid for the emerging WA gas junior AWE by a hitherto little

known Chinese SOE, CERCG.

Oh, and we probably do not need to remind Sheffield management, but it is worth noting that Woodside's pair of LNG facilities and its break-bulk LNG truck loading facility are about 21 kilometres closer to Sheffield's proposed mine than is Dampier.

**Matthew Stevens** writes on business, specialising in mining, energy and opinion. Matthew is a senior business writer and columnist. Email Matthew at matthew.stevens@afr.com.au
 or Subscribe to save article

License article

# Latest Stories

- Live
- Need to Know

## NSW on alert after COVID-19 case visits beach towns, Goulburn

- Exclusive
- Emerging Firms

## Outsourcing giant eyes $375m revenue jump in 12 months

   OECD

## Cormann issues rallying cry against autocracies

- Opinion
- Chanticleer

## Forgotten investors slam proxy 'reforms'

# Sponsored

Advertisement