# Exhibit U

« Back

# Peabody Provides Operational Update On North Goonyella

BRISBANE, Australia, Sept. 30, 2018 /PRNewswire/ -- Peabody (NYSE: BTU) today said it has developed a multi-tiered plan in an effort to extinguish the fire and contain the impacts at its North Goonyella Mine in Queensland.  The plan was reviewed by the Queensland Mine Inspectorate and is undergoing implementation at this time.

Safety is Peabody's first priority, and the underground mine and surface areas remain restricted to access through exclusion zones while the work continues.

Elements of the plan include:

- Implementing use of a mobile GAG unit – a specialist piece of equipment that generates high-moisture inert gases to displace oxygen supply at a fire zone;

- Installing temporary seals into mine openings following completion of risk assessments and utilizing remote-control equipment to pump a fire-resistant expandable material called Rocsil;

- Ensuring the area is further isolated by additional drilling and sealing of the old longwall panel;

- Working with air quality monitoring experts on a voluntary program of environmental monitoring at North Goonyella, including regular site visits and boundary inspections to assess and analyze air quality data from key points;

- Ensuring all aspects of the exclusion zone and other safety protocols are in place and observed; and

- Utilizing strict risk assessments for all anticipated plan components.

"Working in consultation with the Inspectorate and third-party experts, we're moving safely and as quickly as possible to address the situation," said President Peabody Australia George J. Schuller Jr. "Peabody appreciates the ongoing work of the team at North Goonyella, the Inspectorate, independent technical experts, Queensland Mines Rescue Service, union representatives and all of the people who are engaged in the response to this issue."

The company noted that the fire is ongoing, and it is too early to assess the extent of impacts.  Peabody continues to work closely with landholders and neighbors and others to ensure stakeholders have access to up-to-date information about the continuing situation.  The company also intends to provide updates on PeabodyEnergy.com.

Australia Media:

Jane Paterson
0417.281.754

Corporate Media:
Charlene Murdock
1.314.342.7526

Investment Community:
Stephanie Weiler
1.314.342.7798

### *Cautionary Statements Regarding Forward-Looking Statement*

*This press release contains forward-looking statements within the meaning of the securities laws. Forward-looking statements can be identified by the fact that they do not relate strictly to historical or current facts. They often include words or variation of words such as "expects," "anticipates," "intends," "plans," "believes," "seeks," "estimates," "projects," "forecasts," "targets," "would," "will," "should," "goal," "could" or "may" or other similar expressions. Forward-looking statements provide management's current expectations or predictions of future conditions, events or results. All statements that address operating performance, events or developments that we expect or anticipate will occur in the future are forward-looking statements. They may include estimates of revenues, income, earnings per share, cost savings, capital expenditures, dividends, share repurchases, liquidity, capital structure, market share, industry volume, or other financial items, descriptions of management's plans or objectives for future operations, or descriptions of assumptions underlying any of the above. All forward-looking statements speak only as of the date they are made and reflect the company's good faith beliefs, assumptions and expectations, but they are not guarantees of future performance or events. Furthermore, the company disclaims any obligation to publicly update or revise any forward-looking statement, except as required by law. By their nature, forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those suggested by the forward-looking statements. Factors that might cause such differences include, but are not limited to, a variety of economic, competitive and regulatory factors, many of which are beyond the company's control. Such factors are described in our Annual Report on Form 10-K, as well as additional factors we may describe from time to time in other filings with the SEC. You may get such filings for free at our website at www.PeabodyEnergy.com. You should understand that it is not possible to predict or identify all such factors and, consequently, you should not consider any such list to be a complete set of all potential risks or uncertainties.*

SOURCE Peabody