# Exhibit V

« Back

# Peabody Provides Update On North Goonyella

BRISBANE, Australia, Oct. 2, 2018 /PRNewswire/ -- Initial steps taken in early days to extinguish the fire and contain impacts at Peabody's North Goonyella Mine have yielded visible results, with only a slight amount of what appears to be either steam or white smoke emanating at this time from only the one mine shaft.

- The mobile GAG unit has continued to run, increasing the amount of high-moisture inert gases in the mine to displace oxygen and reduce conditions for a fire;

- Temporary seals using a fire-resistant expandable material have been completed in three of the five primary mine openings to reduce air flow into the mine;

- Additional drilling has been under way in advance of sealing the completed longwall panel area from the surface; and

- Air quality monitoring equipment is in place around the perimeter of the mine with good results.

The company's first priority is safety as we work to address the complex situation through a deliberate, staged process.  At the appropriate time, the company will initiate a formal review of the event, with the involvement of independent third parties, and intends to share learnings with the industry and other stakeholders.

Peabody continues to engage in direct communications with the workforce of the mine.  We appreciate the ongoing work of the team at the mine, the Queensland Mine Inspectorate, Queensland Mines Rescue, the union and technical experts who are assisting with a safe response.  The company also appreciates the ongoing support of the community and others in the industry.  Peabody continues to work closely with landholders, neighbors and others to ensure stakeholders have access to up-to-date information about the continuing situation.  The company also intends to provide updates on PeabodyEnergy.com.

Australia Media:
Kellie Schneider
0490 912 543

Corporate Media:
Charlene Murdock
1.314.342.7526

Investment Community:
Stephanie Weiler

1.314.342.7798

## *Cautionary Statements Regarding Forward-Looking Statement*

*This press release contains forward-looking statements within the meaning of the securities laws. Forward-looking statements can be identified by the fact that they do not relate strictly to historical or current facts. They often include words or variation of words such as "expects," "anticipates," "intends," "plans," "believes," "seeks," "estimates," "projects," "forecasts," "targets," "would," "will," "should," "goal," "could" or "may" or other similar expressions. Forward-looking statements provide management's current expectations or predictions of future conditions, events or results. All statements that address operating performance, events or developments that we expect or anticipate will occur in the future are forward-looking statements. They may include estimates of revenues, income, earnings per share, cost savings, capital expenditures, dividends, share repurchases, liquidity, capital structure, market share, industry volume, or other financial items, descriptions of management's plans or objectives for future operations, or descriptions of assumptions underlying any of the above. All forward-looking statements speak only as of the date they are made and reflect the company's good faith beliefs, assumptions and expectations, but they are not guarantees of future performance or events. Furthermore, the company disclaims any obligation to publicly update or revise any forward-looking statement, except as required by law. By their nature, forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those suggested by the forward-looking statements. Factors that might cause such differences include, but are not limited to, a variety of economic, competitive and regulatory factors, many of which are beyond the company's control. Such factors are described in our Annual Report on Form 10-K, as well as additional factors we may describe from time to time in other filings with the SEC. You may get such filings for free at our website at [www.PeabodyEnergy.com](http://www.PeabodyEnergy.com). You should understand that it is not possible to predict or identify all such factors and, consequently, you should not consider any such list to be a complete set of all potential risks or uncertainties.*

NYSE: BTU

SOURCE Peabody