# Exhibit DD

« Back

# Peabody Proceeding With Reventilation Of First Segment Of North Goonyella Mine

ST. LOUIS, May 24, 2019 /PRNewswire/ -- Peabody (NYSE: BTU) today announced it is proceeding with the ventilation of the first segment of the North Goonyella Mine in consultation with the Queensland Mine Inspectorate as part of a comprehensive phased reventilation and re-entry plan and expected longwall production in 2020.

"This marks an important first step in the next phase of activities aimed at resuming normal operations at North Goonyella," said Glenn Kellow, Peabody President and Chief Executive Officer. "As we move forward in the process, we appreciate the ongoing support of our many stakeholders including our employees, the union, customers, the Inspectorate, neighboring mines, the community of Moranbah and countless others."

Periodic updates will continue to be available on the company's website at PeabodyEnergy.com.

Peabody (NYSE: BTU) is the leading global pure-play coal company and a member of the Fortune 500, serving power and steel customers in more than 25 countries on six continents.  Peabody offers significant scale, high-quality assets, and diversity in geography and products.  Peabody is guided by seven core values: safety, sustainability, leadership, customer focus, integrity, excellence and people.  For further information, visit PeabodyEnergy.com.

**Forward-Looking Statements**

*This press release contains forward-looking statements within the meaning of the securities laws. Forward-looking statements can be identified by the fact that they do not relate strictly to historical or current facts. They often include words or variation of words such as "expects," "anticipates," "intends," "plans," "believes," "seeks," "estimates," "projects," "forecasts," "targets," "would," "will," "should," "goal," "could" or "may" or other similar expressions. Forward-looking statements provide management's current expectations or predictions of future conditions, events or results. All statements that address operating performance, events or developments that we expect or anticipate will occur in the future are forward-looking statements. They may include estimates of revenues, income, earnings per share, cost savings, capital expenditures, dividends, share repurchases, liquidity, capital structure, market share, industry volume, or other financial items, descriptions of management's plans or objectives for future operations, or descriptions of assumptions underlying any of the above. All forward-looking statements speak only as of the date they are made and reflect the company's good faith beliefs, assumptions and expectations, but they are not guarantees of future performance or events. Furthermore, the company disclaims any obligation to publicly update or revise any forward-looking statement, except as required by law. By their nature, forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those suggested by the forward-looking statements. Factors that might cause such differences include, but are not limited to, a variety of economic, competitive and regulatory factors, many*

*of which are beyond the company's control, that are described in our Annual Report on Form 10-K for the fiscal year ended Dec. 31, 2018, as well as additional factors we may describe from time to time in other filings with the SEC. You may get such filings for free at our website at [www.peabodyenergy.com](http://www.peabodyenergy.com). You should understand that it is not possible to predict or identify all such factors and, consequently, you should not consider any such list to be a complete set of all potential risks or uncertainties.*

Contact:
Vic Svec
314.342.7768


SOURCE Peabody