# Exhibit GG

 **Queensland** Government

Mackay Office
P.O. Box 1801, Mackay, QLD 4740
Phone: 07 4999 8512,   Fax: 07 49998519

| Mine Name | Mine ID | Operator | Activity Type | Activity Date |
|---|---|---|---|---|
| North Goonyella | MI01157 | Peabody (Bowen) Pty Ltd | Site Meeting | 22/09/2018 |

Vision: Our Industries Free of Safety and Health Incidents

# Mine Record Entry

*This report forms part of the Mine Record under s68 of the Coal Mining Safety and Health Act 1999. It must be placed in the Mine Record and displayed on Safety Notice Boards.*

*Note that inspection or audit activities conducted by the Mines Inspectorate are based upon sample techniques. It remains the primary responsibility of Mine Personnel to identify hazards, and risks associated with Operations and ensure those risks are at an acceptable level.*

**Site Safety & Health Reps Consulted: Mr Peter Purdie**

Today the 21st September 2018 Department of Natural Resources Mines and Energy Deputy Chief Inspector Shaun Dobson and Inspectors Geoff Nugent and Keith Brennan travelled to North Goonyella underground operations to continue monitoring the mine's progress in managing a spontaneous combustion event occurring on Longwall 9 North recovery faceline. An Incident Management Team meeting was convened for 8:30am and was attended by the following.

- North Goonyella SSE John Anger
- Technical Services Manager Steven Stook
- Site Safety and Health Representative Peter Purdie
- Ventilation Officer Dennis Black
- Development Coordinator John Martin
- Dial in – Peabody Operations Manager Peter Baker, Deputy Chief Inspector Shaun Dobson, Consultants Michael Brady, Darren Brady, Compliance Manager Neville Impson UMM Marek Romanski, SIMTARS Martin Watkinson

**Last 24**

Drilling GN2697 (TG Chute road) to target depth, reaming out due to hole stability issues - casing grouted and wait, then completed hole through (366m) 2230hrs 21/9/18

Drilling GN2698 (Between GN2693 and GN2470) - hole progressed to casing depth at 224m slow penetration rate due to fracturing, cased and pressure grouted

2698 crew put on 2699 until grout cured in 2698

3rd Narrabri unit ETA on site Tuesday next week

QMRS Foam assist with GN2697 hole through

Floxal 6 flow reduction found to be due to compressor issues - getting new compressors delivered by Tuesday next week

Liquid N2 increased average rate of 348 l/s

Overall increase of 180 l/s

Liquid N2 increased from 157 l/s to 348 l/s average

Floxal 6 re-tasked to GN1991 from GN2690

RA - review Wilsons remote sealing, identified identical hazards and will require re-ranking using Peabody matrix

RE-ENTRY PLAN : RA - chute road sealing (to allow underground entry to extract LW9N supports)

Shut off bleeder fan at 11:30am

RE-ENTRY PLAN : Identified location of 2nd borehole for tube bundle monitoring point in TG

Chute road and completed site preparation

### Next 24

Sourcing  tube bundle to run from TB hut to GN2700

Source additional supply of Floxal to be used in other holes than can come on line

Continue DS drilling GN2699 - install casing

Continue drilling GN2698 to completion and install slider casing to depth

Drilling GN2700

Take Bag samples shiftly from TB#14 (Maingate Chute Roadway) and TB#38  (E Frame, Goaf side of Frame)

Test run on the surface, running hoses and clamping around rods for GN2697 to understand timing of activity to sync in with completion of GN2700 hole through and tube bundle installation.

RE-ENTRY PLAN : stress test the chute road sealing, RA

Re-calibrate the tube bundle

Prepare tube bundle route, includes using Vacuum truck to excavate out from underneath 2 cattle grids

Floxal Strategy

Tuesday 25th September - Floxal maintenance planned

Identify compatibility of Millennium Floxal compressors with Narrabri AFTECH unit (Floxal 6)

### Meeting Notes

Acknowledge injection of gas @ GN1991 is preventing the gas in the goaf presenting to TB24 impacting effective monitoring at the TG seal. Expected products of combustion reporting to TB29 and TB28

Wilsons and drillers will conduct trial run of implementing process for plan B at a Borehole in south mains area.

Tuesday 25/9/18 N2 units to have maintenance conducted sequentially

Plan for re-entry and Plan B will be delivered to DNRME 23/9/18 with list of associated RA, Requested that plan and associated RA presented to Inspectors Keith Brennan and Geoff Nugent 22/2/2018.

John Anger (SSE) provided both draft power point presentation for re-entry plan and draft re-entry Risk Assessment

RA for application of Rocsil and sealing TG chute road SSE to confirm it was conducted with NGC Personal under NGC SHMS and RM process.

### Gas Review

Barometric pressure abnormally high and expecting high pressure over next 3 days

TB29 gas levels remain stable, CO trending with Diurnal

TB28 Stable

Starting to see increase of CO at TB14 MG Chute (CO 49.6ppm 0800hrs) and TB38 E frame goaf side (CO 17ppm 0800hrs).

Have not seen any major impact to gas composition since turning Bleeder fan off

N2 foam used to hole through into TG Chute (100m3), could impact TB29 from sucking foam. Additionally Foam may increase resistance in TG Chute contributing to CO presenting to TB14 &TB38 including PD change from turning bleeder fan off.

Darren Brady recommended a person to physically monitor TB29 in TB so analyser is not impacted by foam.

N2 injecting at 1991 (443l/s) may not be effective and following air path around TG to TG chute and not influencing generation of CO. NGC are considering moving N2 volume to another location and apply lower volume at GN1991.

Current total volume of N2 being applied 2.1m3/s

**Keith Brennan**
**Inspector of Mines**

**Geoff Nugent**
**Inspector of Mines**

 **Queensland** Government

Mackay Office
P.O. Box 1801,    Mackay  QLD  4740
Phone: 07 4999 8512,   Fax: 07 4999 8519

| Mine Name | Mine ID | Operator | Activity Type | Activity Date |
|---|---|---|---|---|
| North Goonyella | MI01157 Peabody (Bowen) Pty Ltd | | Site Meeting | 23/09/2018 |

Vision: Our Industries Free of Safety and Health Incidents

# Mine Record Entry

*This report forms part of the Mine Record under s68 of the Coal Mining Safety and Health Act 1999.  It must be placed in the Mine Record and displayed on Safety Notice Boards.*

*Note that inspection or audit activities conducted by the Mines Inspectorate are based upon sample techniques.  It remains the primary responsibility of Mine Personnel to identify hazards, and risks associated with Operations and ensure those risks are at an acceptable level.*

Inspector Richard Gouldstone arrived at NGC Mine at 07:15am on Sunday 23 September 2018 to attend a meeting in regard to progress on dealing with the spontaneous combustion event currently in progress.

 Meeting at 8:30am  Sunday 23 September 2018

Attendees -
Peter Purdie (in attendance in the absence of SSHRs)
Richard Gouldstone (Inspector of Mines)
Jeff Perks (Superintendent Health Safety &Training)
John Anger (SSE)
Steven Stook (Tech Services Manager)
Dennis Black (VO)
John Martin (Development Coordinator)
Lee Earnshaw (Development Coordinator)

By dial in – Sean Dobson (Deputy Chief Inspector) for briefing session but not the extended meeting including the other call – ins, which were as follows -
Michael Brady (Consultant) Darren Brady (Consultant), Neville Impson (Compliance Manager), Marek Romanski (UMM), Martin Watkinson (SIMTARS), Mike Carter (SSE Millennium)
Mr Anger explained-
**Last 24**

Drilling GN2700 - depth at EOS NS at 170m
Drilling GN2698 completed well at 22:30 and relocate to GN2696 re-drill

Set up over GN2696 and recover inside casing - 282m of casing pulled out by EOS NS

Drilling GN2699 on DS to 222m, set / pressure grout casing and wait for grout to cure

Relocated Rig 1227 from GN2696 to standby location

3rd Narrabri unit ETA on site Tuesday next week

Liquid N2 flow reduction by 141l/s over the duration of NS

Liquid N2 re-tasked from GN2693 to GN2698 at 23:00pm

Overall decrease of 100l/s from start of shift DS 22/9/18

Floxal 6 capacity split to enable GN2693 injection at 105 l/s and retained capacity into GN1991 at 249 l/s at 22:30pm

RE-ENTRY PLAN : RA - chute road sealing (to allow underground entry to extract LW9N supports) - **review plan**

Cattle grid underpass for tube bundle run cleaned out and tube bundle run out from hut to Main Floxal area entry point

Test run on the surface, running hoses and clamping around rods for GN2697 to understand timing of activity to sync in with completion of GN2700 hole through and tube bundle installation - used an available borehole in GM South

Re-calibrate the tube bundle

## Next 24

QMRS Foam prepare set up for GN2700 hole through

RE-ENTRY PLAN : RA - chute road sealing (to allow underground entry to extract LW9N supports) - **review WRAC**

RA - review Wilsons remote sealing, identified identical hazards and will require re-ranking using Peabody matrix

Drilling GN2699 - drill out cement shoe and drill to target depth

Drilling GN2700 - drill out to target depth (2nd hole for tube bundle monitoring in tailgate chute rd.)

Re-drilling GN2696 after pulling out of inside casing and re-establish inside casing

Bag sample from GN2696

Continue filling in Mine Re-entry Assessment System (MRAS) questionnaire , 5 modules completed

Take Bag samples from TB#14 and TB#38 shiftly

Liquid N2 ran out at 0632am, re-tasking GN2695 Floxal capacity to GN2698

## Other Items

Tuesday 25th September - Floxal maintenance planned

Identify compatibility of Millennium Floxal compressors with Narrabri AFTECH unit (Floxal 6)

Optimise volume distribution for re-entry plan - taking into consideration latest TB28 trends and consider re-tasking capacity from MG side

## Discussion

i) Gas analysis was discussed and from 5:45 am results came through that showed that -

- TB29 H2 jumped to 550 and then 745ppm – higher CO & hydrocarbons followed too
- TB28 reflected the same
- TB38 (Eframe) & TB14 (MG chute) are now beginning to show presence of heating products - analysis records requested by G. Nugent(Inspector of Mines) by email separate to the meeting which Mr Stook undertook to provide
- Mine understood that bag sampling would be necessary since +1000ppm CO level had been reached

Interpretation of the sudden increases was, that the anticipated flushing effect caused by introduction of liquid nitrogen to hole 2698, or, it could be acceleration of the spontaneous combustion event. The meeting was advised that the associated ratio information did not support accelerated oxidation.

ii) Nitrogen injection had been decreased as liquid nitrogen supply to 2698 ran out at 11pm last night – refiguration of the nitrogen feed will be considered at IMT to target as much to GN2698 as possible (more liquid Nitrogen due 4pm today)

iii) Plan B ie plug TG chute will take 18 hours to effect so work will continue to give this option while gas trends are continually reviewed. It was reiterated by Inspector Gouldstone that it is the Mine's decision on how best to effect the plan but to ensure acceptable level of risk to those who may be affected.

iv) The Mine undertook to continue to keep inspectors informed of how matters progress.

**Richard Gouldstone**
**Inspector of Mines**

 **Queensland** Government

Mackay Office
P.O. Box 1801,   Mackay  QLD  4740
Phone: 07 4999 8512,   Fax: 07 4999 8519

| Mine Name | Mine ID | Operator | Activity Type | Activity Date |
|-----------|---------|----------|---------------|---------------|
| North Goonyella | MI01157 | Peabody (Bowen) Pty Ltd | Inspection | 27/09/2018 |

Vision: Our Industries Free of Safety and Health Incidents

# Mine Record Entry

***This report forms part of the Mine Record under s68 of the Coal Mining Safety and Health Act 1999.  It must be placed in the Mine Record and displayed on Safety Notice Boards.***

***Note that inspection or audit activities conducted by the Mines Inspectorate are based upon sample techniques.  It remains the primary responsibility of Mine Personnel to identify hazards, and risks associated with Operations and ensure those risks are at an acceptable level.***

**Site Safety & Health Reps Consulted: John Pearson**

I Geoff Nugent attended North Goonyella Coal Mine on the 27 September 2018 at 1800hrs due to a report of thick black smoke emitting from the main fan shaft at H40.

I attended the IMT room at the Eagle Field offices where the IMT members were preparing to relocate the IMT to an alternative place of safety due to a potential impact of smoke from the main ventilation shaft.

The IMT decided to evacuate all persons from the mine site to the North Goonyella accommodation village and establish the IMT room in E Block at the village.

Additionally the IMT established an exclusion zone at the North Goonyella Mine lease boundary secured by a locked gate on the North Goonyella access road and also establishing a security presence at the Red Hill road turn off.

During the initial IMT meeting at E block the IMT had planned to have people return inside the recently established exclusion zone to conduct risk mitigation measures.

| Number | Directive | Due Date |
|--------|-----------|----------|
| | Pursuant to section 167 of the Coal Mining Safety and Health Act 1999 | |
| 1 | **Underground Fire** | **28/09/2018** |

Due to the unstable and volatile conditions of fire and explosion risk in the underground environment of North Goonyella Coal Mine and its unpredictable potential to impact any people in all surface areas of the operation both from the risk of an explosion and toxic or irrespirable atmospheres

I Geoff Nugent Inspector of Mines am issuing the SSE of North Goonyella Coal Mine a directive under s167 of the Queensland coal mines safety and health act 1999 to suspend all operations within the exclusion zones established today to remove persons from these  until an acceptable level of risk is achieved

*Please provide a written status report on each Directive together with the actions taken to address each item by their due dates*

**Geoff Nugent**
**Inspector of Mines**

 **Queensland** Government

**Mackay Office**
P.O. Box 1801,    Mackay  QLD  4740
Phone: 07 4999 8512,   Fax: 07 4999 8519

| Mine Name | Mine ID | Operator | Activity Type | Activity Date |
|---|---|---|---|---|
| North Goonyella | MI01157 | Peabody (Bowen) Pty Ltd | Site Meeting | 27/09/2018 |

Vision: Our Industries Free of Safety and Health Incidents

# Mine Record Entry

***This report forms part of the Mine Record under s68 of the Coal Mining Safety and Health Act 1999.  It must be placed in the Mine Record and displayed on Safety Notice Boards.***

***Note that inspection or audit activities conducted by the Mines Inspectorate are based upon sample techniques.  It remains the primary responsibility of Mine Personnel to identify hazards, and risks associated with Operations and ensure those risks are at an acceptable level.***

**Site Safety & Health Reps Consulted: Mr John Pearson**

Today, Thursday 27 September 2018 the following Inspectors attended North Goonyella Mine to attend a meeting in regard to progress on dealing with the spontaneous combustion event currently in progress.

Shaun Dobson - Deputy Chief Inspector

Richard Gouldstone - Inspector of Mines

Geoff Nugent - Inspector of Mines

Stephen Smith - Inspector of Mines

Meeting at 8:30am Thursday 27 September 2018

Attendees –
John Pearson (SSHR)
Andy Hislop (GM Metropolitan Colliery NSW)
Marek Romanski (UMM)
Nev Impson (Compliance Manager)
John Anger (SSE)
Martin Watkinson (SIMTARS)
Mike Carter (SSE Millennium)
Peter Baker (Peabody Operations Manager)
Sean Muller (SIMTARS)
Ross Bannerman (Peabody Legal Counsel)
Gavin Shields (HST Manager)
George Schuller (GM Peabody AUST.Operations)
Shane Fleming (Engineering and Maintenance Manager)

By dial in – Michael Brady (Consultant) Darren Brady (Consultant)

The Mine provided the following summary.

**Last 24 Hours**

i) Inertisation; LN2 set up ran out of feed at 16:00 ETA N2 11:00

ii) Continued with inertisation

iii) 2 hourly bag samples taken from TB14 , 25 and 26

iv) Gas Chromatograph and Simtars lab set up and operational

v) DR 1265 GN2699 drilled to 294m started losing circulation. Preparing rig to resite at GN2703

vi) DR 1218 GN2702 'rat hole' drilled, about to start drilling at 06:00

vii) DR 1226 GN2701 reported at 06:00 to be at 362m

viii) Improved purity on Floxals 6,5,2 and 1, but reduced flow by approx 200l/s with O2<2%

ix) Maintained exclusion zones

x) Bag sample taken from GN2693 at 00:24  showed Nil CO or Ethylene

**Next 24**

i) Maintain exclusion zones

ii) Limit personnel access to site

iii) Continue to drill GN2702, GN2701 , GN2703

iv) Continue to sample TB14, TB24, TB25 and TB26

v) Prepare to plug MG chute as soon as GN2701 is complete

vi) Define monitoring points; Face side of MG chute and 2ct A Hdg 9N

**Meeting Notes**

- GN 2701 is expected to hole at 10pm tonight. The directional head is then to be deployed to 2703 MG9 2ct

- 2702 commence drilling 0600hrs 27/9/2018 Each hole takes approximately 3 days to drill

- TB 25 is sited in a ventilation current of 92 cubic metres/s and TB 26 in 41 Cubic metres/s close to the main ventilation fan.

- It is planned to sequentially plug GN2701 (MG Chute), GN2702 (Ahdg 1-2ct) and then GN2703 (2ct A-B) as they become available. Once the MG chute is plugged the products of the spontaneous combustion are predicted to travel inbye so the LW will then be monitored using TB27 8-9ct MG9 and TB37 24-25ct.

- Liquid N2 supply ran out at 1600hrs 26/9/18 and the next delivery is expected at 1100hrs 27/9/2018 with further supply reported in transit.

- Reviewing secondary seals researching products and processes (cementitious plugs)

- Bag sample out of 2693 (80m above seam) showed no CO or Hydrogen but may not be representative of the atmosphere at seam level.

- GAG not placed on standby at this stage

- Products of the spontaneous combustion event were visible at the main fan evasee during afternoon of 26/9/2018 PM and again today at 0800hrs

- TG seal has the two outer walls constructed with a hatch and is sprayed but not filled

- The Mine currently have 2500m of TB line available and are sourcing more

- Strategy is about bringing the event under control by placing plugs in strategic positions

- All people on surface are subject to a process for monitoring their position and readily available to be contacted. The 'old security hut' is the mustering point for emergency and accounting for people.

- Darren Brady raised that the increase in Graham's Ratio could be associated with Liquid Nitrogen injection stopping at 1600hrs 26/9/18

- TB26 vacuum pressure dropped from -70kpa to -50kpa  the cause of which is under investigation.

- H2/CO Ratio was influenced by changing Gas Chromatograph in use from NGC to SIMTARS unit.

- BOC N2 (400l/s) unit is anticipated to arrive Saturday 30/9/18 with the plan to place on hole GN2695.

The Inspectors were informed post meeting that the Mine intended to turn off power underground.

**Richard Gouldstone**
**Inspector of Mines**

**Geoff Nugent**
**Inspector of Mines**

**Shaun Dobson**
**Inspector of Mines**

**Stephen Smith**
**Inspector of Mines**