# Exhibit HH

« Back

# Statement Regarding North Goonyella Developments

 Sept. 27 – Peabody has updated its report on conditions at its North Goonyella Mine in Queensland following elevated gas levels that were previously reported. Mine personnel have observed smoke coming from the mine, indicating a likely fire in a portion of the mine.

Safety is Peabody's first priority, personnel have been evacuated from the area, and access to the mine has been restricted through an exclusion zone that has been put into place for the safety and security of those in the area.  The company continues to work with the Queensland Mines Inspectorate and third-party personnel to mobilize resources and manage next steps to address the situation.

**Background**

On September 1 during a scheduled longwall move, an area of the North Goonyella Mine in a remote area of the Bowen Basin in Australia began registering elevated gas levels.
The environmental regulator and area landholders have also been updated on developments.

Peabody appreciates the ongoing work of the team at North Goonyella, the Inspectorate, independent technical experts, union representatives and other people engaged in the process.

The company intends to provide periodic updates to stakeholders as well as on PeabodyEnergy.com.

**Cautionary Statement Regarding Forward-Looking Statements**
This statement contains forward-looking statements within the meaning of the securities laws. Forward-looking statements can be identified by the fact that they do not relate strictly to historical or current facts. They often include words or variation of words such as "expects," "anticipates," "intends," "plans," "believes," "seeks," "estimates," "projects," "forecasts," "targets," "would," "will," "should," "goal," "could" or "may" or other similar expressions. Forward-looking statements provide management's current expectations or predictions of future conditions, events or results. All statements that address operating performance, events or developments that we expect or anticipate will occur in the future are forward-looking statements. They may include estimates of revenues, income, earnings per share, cost savings, capital expenditures, dividends, share repurchases, liquidity, capital structure, market share, industry volume, or other financial items, descriptions of management's plans or objectives for future operations, or descriptions of assumptions underlying any of the above. All forward-looking statements speak only as of the date they are made and reflect the company's good faith beliefs, assumptions and expectations, but they are not guarantees of future performance or events. Furthermore, the company disclaims any obligation to publicly update or revise any forward-looking statement, except as required by law. By their nature, forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those suggested by the forward-looking statements. Factors that might cause such differences include, but are not limited to, a variety of economic, competitive and regulatory factors, many of which are beyond the company's control. Such factors are described in our Annual Report on Form 10-

K, as well as additional factors we may describe from time to time in other filings with the SEC. You may get such filings for free at our website at www.peabodyenergy.com. You should understand that it is not possible to predict or identify all such factors and, consequently, you should not consider any such list to be a complete set of all potential risks or uncertainties.