**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

——————————————————————— x
                              :   Case No. 1:20-cv-08024-PKC

IN RE PEABODY ENERGY CORP.   :
SECURITIES LITIGATION         :
                              :
                              :
                              :
                              :
——————————————————————— x

**DECLARATION OF CHRISTINE M. FOX IN SUPPORT OF**
**LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

1.      I, Christine M. Fox, am a partner at the law firm Labaton Sucharow LLP.  I am admitted to practice before this Court.

2.      I am familiar with the facts set forth below, and submit this declaration in support of Lead Plaintiff's Motion for Class Certification.

3.      Attached as Exhibit 1 is a true and correct copy of the Expert Report of Chad Coffman, CFA, dated July 15, 2022.

4.      Attached as Exhibit 2 is a true and correct copy of the Firm Resume of Labaton Sucharow LLP.

Dated: July 15, 2022                 By:    */s/ Christine M. Fox*
                                         Christine M. Fox

1