# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PEABODY ENERGY CORP. SECURITIES LITIGATION | Case No. 1:20-cv-08024-PKC |

## NOTICE OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Lead Plaintiff Oregon Public Employees Retirement Fund, on behalf of itself and all other members of the proposed Settlement Class, through court-appointed Lead Counsel Labaton Sucharow LLP, hereby moves this Court for an Order, pursuant to Federal Rules of Civil Procedure 23(a), (b)(3), and (e): (i) preliminarily approving the proposed Settlement of this securities class action; (ii) preliminarily certifying the Settlement Class for purposes of the Settlement only; (iii) approving the form and manner of providing notice of the proposed Settlement to the Settlement Class, including the procedures and deadlines for objecting, seeking exclusion from the Settlement Class, and submitting Claim Forms; (iv) scheduling a date for the final Settlement Hearing; (v) appointing Strategic Claims Services as the Claims Administrator to administer the Settlement; and (vi) granting such other and further relief as the Court may deem fair and proper.

This motion is based on the accompanying Memorandum of Law in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and the Declaration of Christine M. Fox, dated October 7, 2022, with annexed exhibits, filed herewith.

A proposed Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement, which was negotiated by the Parties, with annexed exhibits, is also submitted herewith.

Dated:  October 7, 2022        Respectfully submitted,

**LABATON SUCHAROW LLP**

/s/ *Christine M. Fox*
CHRISTINE M. FOX
JAMES M. FEE
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700

        Facsimile: (212) 818-0477
        cfox@labaton.com
        jfee@labaton.com

*Counsel for Lead Plaintiff and Lead Counsel for the Proposed Settlement Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2022, I caused the foregoing Notice of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement to be served electronically through the Court's ECF system upon all ECF participants.

                                                   */s/ Christine M. Fox*
                                                   CHRISTINE M. FOX