**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ————————————————— x | |
| | : Case No. 1:20-cv-08024-PKC |
| IN RE PEABODY ENERGY CORP. | : |
| SECURITIES LITIGATION | : |
| | : |
| | : |
| | : |
| | : |
| ————————————————— x | |

**DECLARATION OF CHRISTINE M. FOX IN SUPPORT OF LEAD PLAINTIFF'S**
**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF**
**PROPOSED CLASS ACTION SETTLEMENT**

I, CHRSTINE M. FOX, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.      I am a member of the law firm of Labaton Sucharow LLP, Court-appointed Lead Counsel in this proposed class action, and am admitted to practice before this Court.  I respectfully submit this declaration in support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement.

2.      True and correct copies of the following documents are annexed hereto:

Exhibit 1:      Stipulation and Agreement of Settlement, dated as of October 7, 2022, with exhibits thereto.

Exhibit 2:      Firm resume of Labaton Sucharow LLP.

Exhibit 3:      Firm resume of Strategic Claims Services.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 7, 2022.

/s/ *Christine M. Fox*
CHRISTINE M. FOX