**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  | x |  |
|---|---|---|
|  | : | Case No. 1:20-cv-08024-PKC |
| IN RE PEABODY ENERGY CORP. | : |  |
| SECURITIES LITIGATION | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
|  | x |  |

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS**
<u>**ACTION SETTLEMENT AND PLAN OF ALLOCATION**</u>

PLEASE TAKE NOTICE that Court-appointed Lead Plaintiff Oregon Public Employees Retirement Fund ("OPERF" or "Lead Plaintiff"), on behalf of itself and the proposed Settlement Class, through court-approved Lead Counsel Labaton Sucharow LLP, will move this Court on February 7, 2023 at 2:30 p.m. EDT, before the Honorable P. Kevin Castel, in Courtroom 11D of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for entry of a Final Order and Judgment approving the proposed Settlement as fair, reasonable, and adequate and for entry of an Order approving the proposed Plan of Allocation for the proceeds of the Settlement as fair, reasonable, and adequate.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Plaintiff submits and is filing herewith: (i) the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation, dated January 3, 2023; and (ii) the Declaration of Christine M. Fox in Support of (I) Final Approval of Class Action Settlement and Plan of Allocation and (II) an Award of Attorneys' Fees and Payment of Expenses, dated January 3, 2023, with annexed exhibits.

Proposed Orders will be submitted with the reply submission on or before January 31, 2023, after the deadline for objecting or seeking exclusion has passed.

Dated:  January 3, 2023

Respectfully submitted,

**LABATON SUCHAROW LLP**

 */s/ Christine M. Fox*
Christine M. Fox
Mark Willis
James Fee
140 Broadway, 34th Floor
New York, NY  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

1

cfox@labaton.com
mwillis@labaton.com
jfee@labaton.com


*Lead Counsel for Lead Plaintiff Oregon Public Employees Retirement Fund and the proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered ECF participants.

*/s/ Christine M. Fox*
CHRISTINE M. FOX

3