**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  | x |  |
|---|---|---|
|  | : | Case No. 1:20-cv-08024-PKC |
| IN RE PEABODY ENERGY CORP. | : |  |
| SECURITIES LITIGATION | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
|  | x |  |

**NOTICE OF LEAD COUNSEL'S MOTION FOR AN AWARD OF**
**<u>ATTORNEYS' FEES AND PAYMENT OF EXPENSES</u>**

PLEASE TAKE NOTICE that Labaton Sucharow LLP, Court-appointed Lead Counsel in the above-captioned class action (the "Action"), will move this Court on February 7, 2023 at 2:30 p.m. EDT, before the Honorable P. Kevin Castel, in Courtroom 11D of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007, for entry of an Order, pursuant to Rules 23(h) and 54(d) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, 15 U.S.C. §78u-4(a)(4) ("PSLRA"): (i) awarding attorneys' fees in the amount of 25% of the Settlement Fund; (ii) paying Litigation Expenses in the amount of $199,505.48 incurred in prosecuting the Action; and (iii) awarding Lead Plaintiff Oregon Public Employees' Retirement Fund $9,197.60 for work directly related to its representation of the Settlement Class, as authorized by the PSLRA.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Counsel submits and is filing herewith: (i) the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses, dated January 3, 2023; and (ii) the Declaration of Christine M. Fox in Support of (I) Final Approval of Class Action Settlement and Plan of Allocation and (II) an Award of Attorneys' Fees and Payment of Expenses, dated January 3, 2023, with annexed exhibits.

A proposed Order will be submitted with Lead Counsel's reply submission on or before January 31, 2023, after the deadline for objecting has passed.

Dated:  January 3, 2023                                  Respectfully submitted,

**LABATON SUCHAROW LLP**

 /s/ Christine M. Fox
Christine M. Fox
Mark Willis
James Fee
140 Broadway, 34th Floor
New York, NY  10005

1

Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cfox@labaton.com
mwillis@labaton.com
jfee@labaton.com

*Lead Counsel for Lead Plaintiff Oregon Public Employees Retirement Fund and the proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2023, I caused the foregoing Notice of Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses to be served electronically through the Court's ECF system upon all ECF participants.

                        */s/ Christine M. Fox*
                        Christine M. Fox