**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE PEABODY ENERGY CORP. SECURITIES LITIGATION | : Case No. 1:20-cv-08024-PKC<br>:<br>:<br>: |

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING (A) MAILING OF THE NOTICE AND CLAIM FORM; AND (B) REPORT ON REQUESTS FOR EXCLUSION RECEIVED TO DATE**

I, Josephine Bravata, declare as follows:

1.      I am the Quality Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred twenty-five (525) class action cases since its inception. I have personal knowledge of the facts set forth herein and, if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING OF THE NOTICE AND CLAIM FORM**

2.      Pursuant to the Court's Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement, dated October 13, 2022 (ECF No. 77, the "Preliminary Approval Order"), the Court approved the retention of SCS as the Claims Administrator in connection with the Settlement of the above-captioned Action.[1] I submit this declaration as a supplement to the previously filed Declaration of Josephine Bravata Concerning (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion

---

[1] All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated as of October 7, 2022 (ECF No. 74-1, the "Stipulation") and in the Initial Mailing Declaration (defined above).

Received to Date, dated December 30, 2022 (ECF No. 84-2, the "Initial Mailing Declaration") in order to provide the Court and the Parties with updated information regarding the dissemination of notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.    As previously reported, the Notice of Pendency of Class Action, Proposed Settlement, and Motion for Attorneys' Fees and Expenses ("Notice") and Proof of Claim Form and Release Form (collectively, the "Notice and Claim Form") were either emailed or mailed by SCS or nominees to 33,243 potential Settlement Class Members and their nominees.  Since the Initial Mailing Declaration, no additional Notice and Claim Forms have been mailed by SCS, 875 additional Notice and Claim Forms were requested by a nominee for mailing, and an additional 14 links to the Notice and Claim Form were emailed by a nominee.  In total, as of the date of this declaration, 34,132 Notice and Claim Forms have been mailed or emailed to potential Settlement Class Members and their nominees.

4.    Since the Initial Mailing Declaration, an additional 1,037 Notice and Claim Forms were returned to SCS as undeliverable.  Of these, the United States Postal Service provided forwarding addresses for 40, and SCS immediately mailed another Notice and Claim Form to the updated addresses.  The remaining 997 Notice and Claim Forms returned as undeliverable were "skip-traced" to obtain updated addresses and 378 were remailed to updated addresses.

**UPDATE ON SETTLEMENT WEBPAGE**

5.    The Initial Mailing Declaration noted that on October 20, 2022, SCS's website was updated to include a specific webpage for this Settlement, www.strategicclaims.net/Peabody/.  The webpage is accessible 24 hours a day, 7 days a week and contains the current status of the case, important Settlement-related deadlines, an online

2

claim filing link, and downloadable copies of the Notice and Claim Form, the Preliminary Approval Order, and the Stipulation. On January 4, 2023, SCS posted the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation, the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses, and the Declaration of Christine M. Fox in Support of (I) Final Approval of Class Action Settlement and Plan of Allocation and (II) an Award of Attorneys' Fees and Payment of Expenses (ECF Nos. 81, 83, and 84). To date, there have been 4,142 pageviews by 1,187 unique users. SCS will continue to maintain and, as appropriate, update the Settlement webpage with relevant case information until the conclusion of the administration.

## UPDATE ON REPORT ON EXCLUSIONS RECEIVED TO DATE

6.      The Notice informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than January 17, 2023. SCS has been monitoring all mail received for this case. As previously reported in the Initial Mailing Declaration, SCS received one request for exclusion. The redacted copy of the request for exclusion, with personal information removed, was attached as Exhibit C to the Initial Mailing Declaration. Since the Initial Mailing Declaration, SCS has not received any additional requests for exclusion.

7.      According to the Notice, Settlement Class Members seeking to object to the Settlement or any of its terms, the proposed Plan of Allocation of the Net Settlement Fund, and/or Lead Counsel's Fee and Expense Application were required to submit their objection in writing such that the objection was received by Lead Counsel and Defendants' Counsel, as well

3

as filed with the Clerk of the Court, no later than January 17, 2023.  As of the date of this Declaration, SCS has not received any misdirected objections.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30th day of January 2023, in Media, Pennsylvania.


Josephine Bravata